BERGER MONTAGUE PC
Michael Dell'Angelo
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Attorneys for Movants Mariam Silverman,*
*Trustee for the Mariam Silverman Trust*
*UA Mar. 15, 1969, and Michael Lucas*
*and Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMZI ALSAIDI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:23-cv-21862-MCA-CLW |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **NOTICE OF MOTION OF MARIAM SILVERMAN, TRUSTEE FOR THE MARIAM SILVERMAN TRUST UA MAR. 15, 1969, AND MICHAEL LUCAS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** |
| OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, and LAWRENCE A. KENYON, | |
| Defendants. | Motion Date: February 5, 2024 |

[Caption continues on following page]

PHILIP MANIATTY, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

     v.

OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, LAWRENCE A. KENYON, and TERRY DAGNON,

               Defendants.

Case No. 2:23-cv-23313-MCA-CLW

<u>CLASS ACTION</u>

**PLEASE TAKE NOTICE** that, on February 5, 2024, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Madeline Cox Arleo at Martin Luther King Building, U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, Court Room MLK 4A, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Michael Dell'Angelo, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, proposed Lead Plaintiff Mariam Silverman, Trustee for the Mariam Silverman Trust UA Mar. 15, 1969, and Michael Lucas ("Movants") will respectfully move, pursuant to Federal Rule of Civil Procedure 42 ("Rule 42") and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (i) consolidating the above-captioned related actions;

(ii) appointing Movants as Lead Plaintiff; (iii) approving Movants' selection of Berger Montague PC as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: January 2, 2024                    Respectfully submitted,


                                          /s/ Michael Dell'Angelo
                                          Michael Dell'Angelo
                                          Andrew Abramowitz
                                          James Maro
                                          BERGER MONTAGUE PC
                                          1818 Market Street, Suite 3600
                                          Philadelphia, PA 19103
                                          Tel: (215) 875-3000
                                          Email: mdellangelo@bm.net
                                                 aabramowitz@bm.net
                                                 jmaro@bm.net

                                          *Attorneys for Lead Plaintiff Movants
                                          Mariam Silverman, Trustee for the Mariam
                                          Silverman Trust UA Mar. 15, 1969, and
                                          Michael Lucas and Proposed
                                          Lead Counsel for the Class*

                                          SCHALL LAW FIRM
                                          Brian Schall
                                          2049 Century Park East, Suite 2460
                                          Los Angeles, CA 90067
                                          Tel: (310) 301-3335
                                          brian@schallfirm.com

                                          *Additional Counsel*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo