# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMZI ALSAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, and LAWRENCE A. KENYON,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-21862-MCA-CLW<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MICHAEL DELL'ANGELO, ESQ. IN SUPPORT OF MOTION OF MARIAM SILVERMAN, TRUSTEE FOR THE MARIAM SILVERMAN TRUST UA MAR. 15, 1969, AND MICHAEL LUCAS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>Motion Date:  February 5, 2024 |

[Caption continues on following page]

| | |
|---|---|
| PHILIP MANIATTY, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>    v.<br><br>OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, LAWRENCE A. KENYON, and TERRY DAGNON,<br><br>                  Defendants. | Case No. 2:23-cv-23313-MCA-CLW<br><br>CLASS ACTION |

I, Michael Dell'Angelo, declare as follows:

1.    I am a member in good standing of the bar of the State of New Jersey and am admitted to practice before this Court. I am an Executive Shareholder of the law firm of Berger Montague PC and submit this declaration in support of the motion filed by Mariam Silverman, Trustee for the Mariam Silverman Trust UA Mar. 15, 1969, and Michael Lucas ("Movants") for the entry of an Order: (i) consolidating the above-captioned related actions; (ii) appointing Movants as Lead Plaintiff; (iii) approving Movants' selection of Berger Montague PC as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:        Signed Certifications of Movants pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:        Notice of pendency of class action lawsuit against Outlook Therapeutics, Inc. and certain individuals published on *PR Newswire* on November 3, 2023;

EXHIBIT C:        Charts reflecting calculation of financial losses sustained by Movants on Class Period transactions in Outlook Therapeutics, Inc. securities;

EXHIBIT D:        Joint Declaration executed by Movants; and

EXHIBIT E:        Berger Montague PC firm resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of January, 2024.      */s/ Michael Dell'Angelo*
                                          Michael Dell'Angelo

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo
