# EXHIBIT A

DocuSign Envelope ID: D524A6F0-83B8-41C7-BF19-2D859B61BA1E

**OUTLOOK THERAPEUTICS, INC. (NASDAQ: OTLK)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Mariam Silverman, as Trustee for the Mariam Silverman Trust UA Mar. 15, 1969, declare that:

1.      I have reviewed the facts and allegations of a complaint filed in this action against Outlook Therapeutics, Inc. ("Outlook Therapeutics"), and I authorize the filing of a motion for appointment as Lead Plaintiff on my behalf by my attorneys.

2.      I did not purchase and/or acquire the security that is the subject of this action at the direction of my counsel, nor in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.  I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.      The transactions of the Mariam Silverman Trust UA Mar. 15, 1969 in Outlook Therapeutics securities during the proposed Class Period of August 3, 2021, through and including August 29, 2023, are attached hereto in Schedule A.  I have complete authority to bring a suit to recover investment losses for all securities set forth in Schedule A.

5.      I have not sought to serve, and have not been appointed, as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  1/2/2024                                               _____
            Aventura, FL                                        MARIAM SILVERMAN
                                                                        Mariam Silverman, as Trustee
                                                                        for the Mariam Silverman Trust
                                                                        UA Mar. 15, 1969

DocuSign Envelope ID: D524A6F0-83B8-41C7-BF19-2D859B61BA1E

## Schedule A

**Transactions of Mariam Silverman Trust UA Mar. 15, 1969
in Outlook Therapeutics, Inc. (NASDAQ: OTLK)
During the Class Period of August 3, 2021
through and including August 29, 2023**

| Date | Transaction | Security | Shares | Price |
|------|-------------|----------|--------|-------|
| 12/3/2021 | Buy | Common Stock | 10,000 | $1.3600 |
| 12/6/2021 | Buy | Common Stock | 10,000 | $1.3500 |
| 12/9/2021 | Buy | Common Stock | 15,000 | $1.5533 |
| 12/27/2021 | Buy | Common Stock | 56,892 | $1.3794 |
| 12/28/2021 | Buy | Common Stock | 9,000 | $1.3794 |
| 1/4/2022 | Buy | Common Stock | 10,000 | $1.4099 |
| 1/5/2022 | Buy | Common Stock | 10,000 | $1.3499 |
| 1/21/2022 | Buy | Common Stock | 63,464 | $1.2300 |
| 1/21/2022 | Buy | Common Stock | 3,200 | $1.2299 |
| 1/21/2022 | Buy | Common Stock | 5,500 | $1.2295 |
| 1/21/2022 | Buy | Common Stock | 4,200 | $1.2275 |
| 1/21/2022 | Buy | Common Stock | 2,744 | $1.2250 |
| 1/21/2022 | Buy | Common Stock | 2,972 | $1.2065 |
| 1/21/2022 | Buy | Common Stock | 12,629 | $1.2250 |
| 6/6/2022 | Buy | Common Stock | 23,852 | $0.8951 |
| 2/13/2023 | Buy | Common Stock | 10,700 | $1.1700 |
| 2/13/2023 | Buy | Common Stock | 300 | $1.1650 |
| 5/23/2023 | Buy | Common Stock | 10,000 | $1.5695 |
| 5/23/2023 | Buy | Common Stock | 10,000 | $1.5300 |
| 5/23/2023 | Buy | Common Stock | 2,728 | $1.5000 |
| 5/23/2023 | Buy | Common Stock | 2,272 | $1.4899 |
| 8/14/2023 | Buy | Common Stock | 15,000 | $1.4500 |
| 8/14/2023 | Buy | Common Stock | 100 | $1.4499 |
| 8/14/2023 | Buy | Common Stock | 7,678 | $1.4490 |
| 8/14/2023 | Buy | Common Stock | 2,222 | $1.4450 |

DocuSign Envelope ID: A56CB638-71BF-4DA1-8B49-EF9E99455F05

**OUTLOOK THERAPEUTICS, INC. (NASDAQ: OTLK)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Michael Lucas, declare that:

1.      I have reviewed the facts and allegations of a complaint filed in this action against Outlook Therapeutics, Inc. ("Outlook Therapeutics"), and I authorize the filing of a motion for appointment as Lead Plaintiff on my behalf by my attorneys.

2.      I did not purchase and/or acquire the security that is the subject of this action at the direction of my counsel, nor in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.  I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.      My transactions in Outlook Therapeutics securities during the proposed Class Period of August 3, 2021, through and including August 29, 2023, are attached hereto in Schedule A.  I have complete authority to bring a suit to recover investment losses for all securities set forth in Schedule A.

5.      I have not sought to serve, and have not been appointed, as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:    1/2/2024
Palmetto Bay, FL                                    Michael Lucas

## Schedule A

<table>
<tr><td colspan="5"><b>Transactions of Michael Lucas<br>in Outlook Therapeutics, Inc. (NASDAQ: OTLK)<br>During the Class Period of August 3, 2021<br>through and including August 29, 2023</b><br><br><b>Account No. 1</b></td></tr>
<tr><th>Date</th><th>Transaction</th><th>Security</th><th>Shares</th><th>Price</th></tr>
<tr><td>11/24/2021</td><td>Buy</td><td>Common Stock</td><td>13,191</td><td>$1.2500</td></tr>
<tr><td>11/24/2021</td><td>Buy</td><td>Common Stock</td><td>19,168</td><td>$1.2400</td></tr>
<tr><td>12/7/2021</td><td>Sell</td><td>Common Stock</td><td>(1,000)</td><td>$1.4702</td></tr>
<tr><td>12/7/2021</td><td>Sell</td><td>Common Stock</td><td>(3,500)</td><td>$1.4701</td></tr>
<tr><td>12/7/2021</td><td>Sell</td><td>Common Stock</td><td>(500)</td><td>$1.4700</td></tr>
<tr><td>12/7/2021</td><td>Sell</td><td>Common Stock</td><td>(1,011)</td><td>$1.4702</td></tr>
<tr><td>12/7/2021</td><td>Sell</td><td>Common Stock</td><td>(3,989)</td><td>$1.4701</td></tr>
<tr><td>12/8/2021</td><td>Buy</td><td>Common Stock</td><td>100</td><td>$1.6200</td></tr>
<tr><td>12/8/2021</td><td>Buy</td><td>Common Stock</td><td>1,761</td><td>$1.6193</td></tr>
<tr><td>12/8/2021</td><td>Buy</td><td>Common Stock</td><td>3,000</td><td>$1.6299</td></tr>
<tr><td>12/8/2021</td><td>Sell</td><td>Common Stock</td><td>(5,000)</td><td>$1.5800</td></tr>
<tr><td>12/8/2021</td><td>Sell</td><td>Common Stock</td><td>(5,000)</td><td>$1.5900</td></tr>
<tr><td>12/8/2021</td><td>Sell</td><td>Common Stock</td><td>(5,000)</td><td>$1.6100</td></tr>
<tr><td>12/9/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.5292</td></tr>
<tr><td>12/14/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3693</td></tr>
<tr><td>12/14/2021</td><td>Buy</td><td>Common Stock</td><td>10,000</td><td>$1.3695</td></tr>
<tr><td>12/14/2021</td><td>Buy</td><td>Common Stock</td><td>500</td><td>$1.3600</td></tr>
<tr><td>12/14/2021</td><td>Buy</td><td>Common Stock</td><td>10,000</td><td>$1.3600</td></tr>
<tr><td>12/15/2021</td><td>Buy</td><td>Common Stock</td><td>9,490</td><td>$1.3300</td></tr>
<tr><td>12/15/2021</td><td>Buy</td><td>Common Stock</td><td>510</td><td>$1.3250</td></tr>
<tr><td>12/22/2021</td><td>Buy</td><td>Common Stock</td><td>500</td><td>$1.3550</td></tr>
<tr><td>12/22/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3900</td></tr>
<tr><td>12/22/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3700</td></tr>
<tr><td>12/22/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3600</td></tr>
<tr><td>12/22/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3800</td></tr>
<tr><td>12/22/2021</td><td>Buy</td><td>Common Stock</td><td>4,189</td><td>$1.3700</td></tr>
<tr><td>12/23/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3500</td></tr>
<tr><td>12/28/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3499</td></tr>
<tr><td>12/28/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3499</td></tr>
<tr><td>12/28/2021</td><td>Buy</td><td>Common Stock</td><td>4,009</td><td>$1.3400</td></tr>
<tr><td>12/28/2021</td><td>Buy</td><td>Common Stock</td><td>991</td><td>$1.3350</td></tr>
<tr><td>12/28/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3300</td></tr>
<tr><td>12/28/2021</td><td>Buy</td><td>Common Stock</td><td>5,000</td><td>$1.3300</td></tr>
</table>

DocuSign Envelope ID: A56CB638-71BF-4DA1-8B49-EE9E99455F05

| Date | Type | Security | Quantity | Price |
|---|---|---|---|---|
| 1/6/2022 | Buy | Common Stock | 5,000 | $1.2694 |
| 1/6/2022 | Buy | Common Stock | 5,000 | $1.2796 |
| 1/6/2022 | Buy | Common Stock | 5,000 | $1.2792 |
| 1/6/2022 | Buy | Common Stock | 5,000 | $1.2799 |
| 1/6/2022 | Buy | Common Stock | 5,000 | $1.2799 |
| 1/6/2022 | Buy | Common Stock | 1,438 | $1.2700 |
| 1/10/2022 | Buy | Common Stock | 4,910 | $1.2600 |
| 1/10/2022 | Buy | Common Stock | 90 | $1.2599 |
| 1/10/2022 | Buy | Common Stock | 10,000 | $1.2600 |
| 1/10/2022 | Buy | Common Stock | 10,000 | $1.2400 |
| 1/10/2022 | Buy | Common Stock | 5,000 | $1.2200 |
| 1/10/2022 | Buy | Common Stock | 1,300 | $1.2100 |
| 1/12/2022 | Buy | Common Stock | 5,000 | $1.2099 |
| 1/14/2022 | Sell | Common Stock | (5,000) | $1.3201 |
| 1/14/2022 | Sell | Common Stock | (5,000) | $1.3201 |
| 1/14/2022 | Sell | Common Stock | (3,820) | $1.3209 |
| 1/14/2022 | Sell | Common Stock | (1,180) | $1.3300 |
| 1/21/2022 | Buy | Common Stock | 5,000 | $1.2300 |
| 1/21/2022 | Buy | Common Stock | 5,000 | $1.2200 |
| 1/21/2022 | Buy | Common Stock | 5,200 | $1.2200 |
| 1/21/2022 | Buy | Common Stock | 4,797 | $1.2200 |
| 1/24/2022 | Buy | Common Stock | 5,000 | $1.2299 |
| 1/24/2022 | Buy | Common Stock | 5,000 | $1.2299 |
| 1/24/2022 | Buy | Common Stock | 5,100 | $1.2300 |
| 1/24/2022 | Buy | Common Stock | 5,000 | $1.3799 |
| 1/24/2022 | Sell | Common Stock | (5,000) | $1.3800 |
| 1/24/2022 | Sell | Common Stock | (5,000) | $1.3800 |
| 1/24/2022 | Sell | Common Stock | (5,000) | $1.3900 |
| 1/24/2022 | Sell | Common Stock | (5,000) | $1.4001 |
| 1/24/2022 | Sell | Common Stock | (3) | $1.3700 |
| 1/27/2022 | Buy | Common Stock | 10,000 | $1.2600 |
| 1/28/2022 | Buy | Common Stock | 5,500 | $1.2593 |
| 1/31/2022 | Sell | Common Stock | (10,000) | $1.4000 |
| 2/1/2022 | Sell | Common Stock | (10,000) | $1.4901 |
| 2/1/2022 | Sell | Common Stock | (10,000) | $1.5200 |
| 2/14/2022 | Buy | Common Stock | 5,000 | $1.3300 |
| 2/16/2022 | Sell | Common Stock | (10,000) | $1.4400 |
| 2/16/2022 | Sell | Common Stock | (6,180) | $1.4400 |
| 2/16/2022 | Sell | Common Stock | (10,000) | $1.4500 |
| 2/24/2022 | Sell | Common Stock | (10,000) | $1.6000 |
| 2/24/2022 | Sell | Common Stock | (10,000) | $1.6100 |
| 2/24/2022 | Sell | Common Stock | (10,000) | $1.6500 |
| 5/31/2022 | Buy | Common Stock | 33,200 | $1.0200 |

| 5/31/2022 | Buy | Common Stock | 1,300 | $1.0199 |
| 10/12/2022 | Buy | Common Stock | 400 | $1.22 |

| Account No. 2 | | | | |
|---|---|---|---|---|
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 08/03/2021 | Sell | Common Stock | (9,500) | $2.97 |
| 8/05/2021 | Sell | Common Stock | (6,275) | $2.48 |
| 8/05/2021 | Sell | Common Stock | (3,422) | $2.47 |
| 8/05/2021 | Sell | Common Stock | (203) | $2.48 |
| 08/05/2021 | Sell | Common Stock | (100) | $2.49 |
| 8/06/2021 | Sell | Common Stock | (10,000) | $2.48 |
| 8/16/2021 | Buy | Common Stock | 19,000 | $2.15 |
| 8/25/2021 | Sell | Common Stock | (13,395) | $2.44 |
| 8/25/2021 | Sell | Common Stock | (4,055) | $2.44 |
| 8/25/2021 | Sell | Common Stock | (1,549) | $2.45 |
| 8/25/2021 | Sell | Common Stock | (900) | $2.44 |
| 8/25/2021 | Sell | Common Stock | (100) | $2.45 |
| 8/25/2021 | Sell | Common Stock | (1) | $2.46 |
| 8/27/2021 | Sell | Common Stock | (13,000) | $2.62 |
| 8/27/2021 | Sell | Common Stock | (2,500) | $2.63 |
| 9/28/2021 | Buy | Common Stock | 500 | $2.22 |
| 9/29/2021 | Buy | Common Stock | 5,600 | $2.14 |
| 9/30/2021 | Buy | Common Stock | 18,500 | $2.16 |
| 10/05/2021 | Buy | Common Stock | 145 | $2.11 |
| 10/05/2021 | Buy | Common Stock | 350 | $2.11 |
| 10/05/2021 | Buy | Common Stock | 18,500 | $2.12 |
| 10/18/2021 | Buy | Common Stock | 20,000 | $2.06 |
| 10/27/2021 | Buy | Common Stock | 5,000 | $2.06 |
| 10/27/2021 | Buy | Common Stock | 5,000 | $2.06 |
| 10/28/2021 | Buy | Common Stock | 10,000 | $2.04 |
| 11/03/2021 | Sell | Common Stock | (5,000) | $2.15 |
| 11/03/2021 | Sell | Common Stock | (5,000) | $2.14 |
| 11/08/2022 | Buy | Common Stock | 50 | $1.05 |
| 11/08/2022 | Buy | Common Stock | 100 | $1.06 |
| 11/10/2021 | Buy | Common Stock | 20,000 | $1.98 |
| 11/12/2021 | Sell | Common Stock | (5,000) | $2.10 |
| 11/12/2021 | Sell | Common Stock | (5,000) | $2.10 |
| 11/12/2021 | Sell | Common Stock | (5,000) | $2.08 |
| 11/12/2021 | Sell | Common Stock | (5,000) | $2.06 |
| 11/16/2021 | Buy | Common Stock | 3,500 | $1.91 |
| 11/16/2021 | Buy | Common Stock | 20,000 | $1.91 |

DocuSign Envelope ID: A56CB638-71BF-4DA1-8B49-EF9E99455F05

| 11/16/2021 | Sell | Common Stock | (5,000) | $2.06 |
|---|---|---|---|---|
| 11/16/2021 | Sell | Common Stock | (5,000) | $2.05 |
| 11/16/2021 | Sell | Common Stock | (5,000) | $2.04 |
| 11/16/2021 | Sell | Common Stock | (5,000) | $2.02 |
| 11/16/2021 | Sell | Common Stock | (5,000) | $2.02 |
| 11/16/2021 | Sell | Common Stock | (2,900) | $2.01 |
| 11/16/2021 | Sell | Common Stock | (1,589) | $2.01 |
| 11/16/2021 | Sell | Common Stock | (300) | $2.01 |
| 11/16/2021 | Sell | Common Stock | (111) | $2.02 |
| 11/16/2021 | Sell | Common Stock | (100) | $2.02 |
| 11/17/2021 | Buy | Common Stock | 700 | $1.92 |
| 11/17/2021 | Buy | Common Stock | 4,300 | $1.92 |
| 11/17/2021 | Buy | Common Stock | 5,000 | $1.88 |
| 11/17/2021 | Buy | Common Stock | 5,000 | $1.88 |
| 11/17/2021 | Buy | Common Stock | 5,000 | $1.91 |
| 11/17/2021 | Buy | Common Stock | 5,000 | $1.92 |
| 11/17/2021 | Buy | Common Stock | 5,000 | $1.92 |
| 11/18/2021 | Buy | Common Stock | 5,000 | $1.72 |
| 11/18/2021 | Buy | Common Stock | 5,000 | $1.77 |
| 11/18/2021 | Buy | Common Stock | 5,000 | $1.79 |
| 11/18/2021 | Buy | Common Stock | 5,000 | $1.81 |
| 11/18/2021 | Buy | Common Stock | 10,000 | $1.56 |
| 11/18/2021 | Buy | Common Stock | 10,000 | $1.58 |
| 11/18/2021 | Buy | Common Stock | 10,000 | $1.61 |
| 11/22/2021 | Buy | Common Stock | 500 | $1.48 |
| 11/22/2021 | Buy | Common Stock | 20,000 | $1.54 |
| 11/22/2021 | Buy | Common Stock | 20,000 | $1.54 |
| 11/24/2021 | Buy | Common Stock | 4,000 | $1.22 |
| 11/24/2021 | Buy | Common Stock | 60,000 | $1.25 |
| 11/26/2021 | Buy | Common Stock | 10,255 | $1.30 |
| 11/26/2021 | Buy | Common Stock | 19,745 | $1.31 |
| 11/30/2021 | Sell | Common Stock | (5,000) | $1.50 |
| 11/30/2021 | Sell | Common Stock | (5,000) | $1.48 |
| 11/30/2021 | Sell | Common Stock | (5,000) | $1.47 |
| 11/30/2021 | Sell | Common Stock | (5,000) | $1.47 |
| 11/30/2021 | Sell | Common Stock | (5,000) | $1.46 |
| 11/30/2021 | Sell | Common Stock | (4,600) | $1.48 |
| 11/30/2021 | Sell | Common Stock | (400) | $1.49 |
| 12/01/2021 | Buy | Common Stock | 1,600 | $1.31 |
| 12/01/2021 | Buy | Common Stock | 1,700 | $1.31 |
| 12/01/2021 | Buy | Common Stock | 2,300 | $1.31 |
| 12/01/2021 | Buy | Common Stock | 2,570 | $1.28 |
| 12/01/2021 | Buy | Common Stock | 3,400 | $1.31 |

DocuSign Envelope ID: A56CB638-71BF-4DA1-8B49-EF9E99455F05

| 12/01/2021 | Buy | Common Stock | 5,000 | $1.28 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.29 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.31 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.32 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.32 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.35 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.36 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.36 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.36 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.49 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.49 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.48 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.48 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.48 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.47 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.46 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.45 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.44 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.43 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.43 |
| 12/07/2021 | Sell | Common Stock | (1,971) | $1.49 |
| 12/08/2021 | Sell | Common Stock | (5,000) | $1.61 |
| 12/08/2021 | Sell | Common Stock | (5,000) | $1.60 |
| 12/08/2021 | Sell | Common Stock | (5,000) | $1.56 |
| 12/08/2021 | Sell | Common Stock | (5,000) | $1.52 |
| 12/09/2021 | Buy | Common Stock | 200 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 4,800 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.49 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.49 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.52 |
| 12/10/2021 | Buy | Common Stock | 820 | $1.45 |
| 12/10/2021 | Buy | Common Stock | 5,000 | $1.46 |
| 12/10/2021 | Buy | Common Stock | 5,000 | $1.49 |
| 12/13/2021 | Buy | Common Stock | 5,000 | $1.42 |
| 12/14/2021 | Buy | Common Stock | 5,000 | $1.36 |
| 12/14/2021 | Buy | Common Stock | 5,000 | $1.36 |
| 12/14/2021 | Buy | Common Stock | 5,000 | $1.37 |
| 12/14/2021 | Buy | Common Stock | 5,000 | $1.40 |

| | | | | |
|---|---|---|---|---|
| 12/15/2021 | Buy | Common Stock | 1,900 | $1.33 |
| 12/15/2021 | Buy | Common Stock | 3,100 | $1.33 |
| 12/28/2021 | Buy | Common Stock | 300 | $1.34 |
| 12/28/2021 | Buy | Common Stock | 4,700 | $1.34 |
| 12/28/2021 | Buy | Common Stock | 5,000 | $1.33 |
| 12/28/2021 | Buy | Common Stock | 5,000 | $1.34 |
| 12/28/2021 | Buy | Common Stock | 5,000 | $1.35 |
| 12/29/2021 | Buy | Common Stock | 5,000 | $1.33 |
| 01/06/2022 | Buy | Common Stock | 2,986 | $1.32 |
| 01/14/2022 | Sell | Common Stock | (5,000) | $1.32 |
| 01/21/2022 | Buy | Common Stock | 550 | $1.23 |
| 01/21/2022 | Buy | Common Stock | 5,000 | $1.23 |
| 01/24/2022 | Buy | Common Stock | 5,000 | $1.22 |
| 01/24/2022 | Sell | Common Stock | (10,000) | $1.38 |
| 01/24/2022 | Sell | Common Stock | (10,000) | $1.38 |
| 01/24/2022 | Sell | Common Stock | (5,000) | $1.41 |
| 01/27/2022 | Buy | Common Stock | 3,000 | $1.28 |
| 01/27/2022 | Buy | Common Stock | 6,231 | $1.29 |
| 01/28/2022 | Buy | Common Stock | 5,000 | $1.25 |
| 01/28/2022 | Buy | Common Stock | 10,000 | $1.26 |
| 01/31/2022 | Sell | Common Stock | (10,000) | $1.41 |
| 01/31/2022 | Sell | Common Stock | (10,000) | $1.40 |
| 01/31/2022 | Sell | Common Stock | (9,700) | $1.40 |
| 01/31/2022 | Sell | Common Stock | (5,300) | $1.41 |
| 01/31/2022 | Sell | Common Stock | (4,700) | $1.40 |
| 01/31/2022 | Sell | Common Stock | (300) | $1.41 |
| 02/01/2022 | Sell | Common Stock | (10,000) | $1.51 |
| 02/01/2022 | Sell | Common Stock | (5,000) | $1.50 |
| 02/03/2022 | Buy | Common Stock | 10,000 | $1.32 |
| 02/03/2022 | Buy | Common Stock | 10,000 | $1.32 |
| 02/04/2022 | Buy | Common Stock | 500 | $1.30 |
| 02/04/2022 | Buy | Common Stock | 600 | $1.30 |
| 02/04/2022 | Buy | Common Stock | 5,000 | $1.30 |
| 02/08/2022 | Buy | Common Stock | 1,536 | $1.30 |
| 02/08/2022 | Buy | Common Stock | 5,000 | $1.31 |
| 02/16/2022 | Sell | Common Stock | (10,000) | $1.50 |
| 02/16/2022 | Sell | Common Stock | (10,000) | $1.50 |
| 02/16/2022 | Sell | Common Stock | (10,000) | $1.48 |
| 02/16/2022 | Sell | Common Stock | (10,000) | $1.46 |
| 02/16/2022 | Sell | Common Stock | (10,000) | $1.45 |
| 02/16/2022 | Sell | Common Stock | (10,000) | $1.45 |
| 02/16/2022 | Sell | Common Stock | (10,000) | $1.44 |
| 02/16/2022 | Sell | Common Stock | (9,800) | $1.42 |

DocuSign Envelope ID: AE6CB638-71BF-4DA1-8B49-EE9E99455E05

| | | | | |
|---|---|---|---|---|
| 02/16/2022 | Sell | Common Stock | (5,000) | $1.42 |
| 02/16/2022 | Sell | Common Stock | (5,000) | $1.42 |
| 02/16/2022 | Sell | Common Stock | (5,000) | $1.41 |
| 02/16/2022 | Sell | Common Stock | (200) | $1.43 |
| 02/22/2022 | Buy | Common Stock | 493 | $1.41 |
| 02/22/2022 | Buy | Common Stock | 5,000 | $1.41 |
| 02/23/2022 | Buy | Common Stock | 300 | $1.42 |
| 02/23/2022 | Buy | Common Stock | 1,041 | $1.41 |
| 02/23/2022 | Buy | Common Stock | 1,300 | $1.41 |
| 02/23/2022 | Buy | Common Stock | 3,000 | $1.42 |
| 02/23/2022 | Buy | Common Stock | 10,000 | $1.41 |
| 02/23/2022 | Buy | Common Stock | 10,000 | $1.42 |
| 02/23/2022 | Buy | Common Stock | 10,000 | $1.42 |
| 02/23/2022 | Buy | Common Stock | 10,000 | $1.43 |
| 02/24/2022 | Buy | Common Stock | 300 | $1.41 |
| 02/24/2022 | Sell | Common Stock | (10,000) | $1.62 |
| 02/24/2022 | Sell | Common Stock | (10,000) | $1.62 |
| 02/24/2022 | Sell | Common Stock | (10,000) | $1.61 |
| 02/24/2022 | Sell | Common Stock | (10,000) | $1.56 |
| 02/24/2022 | Sell | Common Stock | (10,000) | $1.54 |
| 02/24/2022 | Sell | Common Stock | (10,000) | $1.54 |
| 02/24/2022 | Sell | Common Stock | (7,300) | $1.55 |
| 02/24/2022 | Sell | Common Stock | (5,738) | $1.63 |
| 02/24/2022 | Sell | Common Stock | (5,000) | $1.65 |
| 02/24/2022 | Sell | Common Stock | (5,000) | $1.60 |
| 02/24/2022 | Sell | Common Stock | (5,000) | $1.56 |
| 02/24/2022 | Sell | Common Stock | (5,000) | $1.56 |
| 02/24/2022 | Sell | Common Stock | (5,000) | $1.55 |
| 02/24/2022 | Sell | Common Stock | (3,262) | $1.64 |
| 02/24/2022 | Sell | Common Stock | (2,893) | $1.55 |
| 02/24/2022 | Sell | Common Stock | (2,700) | $1.56 |
| 02/24/2022 | Sell | Common Stock | (600) | $1.63 |
| 02/24/2022 | Sell | Common Stock | (400) | $1.64 |
| 02/25/2022 | Sell | Common Stock | (10,000) | $1.68 |
| 02/25/2022 | Sell | Common Stock | (10,000) | $1.68 |
| 02/25/2022 | Sell | Common Stock | (10,000) | $1.67 |
| 02/25/2022 | Sell | Common Stock | (10,000) | $1.67 |
| 02/25/2022 | Sell | Common Stock | (5,958) | $1.67 |
| 03/31/2022 | Sell | Common Stock | (10,000) | $1.85 |
| 03/31/2022 | Sell | Common Stock | (6,075) | $1.84 |
| 03/31/2022 | Sell | Common Stock | (3,925) | $1.85 |
| 04/25/2022 | Buy | Common Stock | 200 | $1.65 |
| 05/31/2022 | Buy | Common Stock | 50,000 | $1.00 |

DocuSign Envelope ID: AE6CB638-71BF-4DA1-8B49-EE9E99455E05

| Date | Transaction | Security | Shares | Price |
|------|-------------|----------|--------|-------|
| 10/12/2022 | Buy | Common Stock | 20,000 | $1.21 |
| 11/08/2022 | Buy | Common Stock | 50 | $1.05 |
| 11/08/2022 | Buy | Common Stock | 100 | $1.06 |

| Account No. 3 | | | | |
|------|-------------|----------|--------|-------|
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 08/27/2021 | Sell | Common Stock | (2,500) | $2.63 |
| 09/28/2021 | Buy | Common Stock | 500 | $2.22 |
| 10/27/2021 | Buy | Common Stock | 5,000 | $2.06 |
| 11/16/2021 | Buy | Common Stock | 3,500 | $1.91 |
| 11/22/2021 | Buy | Common Stock | 500 | $1.48 |
| 12/01/2021 | Buy | Common Stock | 5,000 | $1.28 |
| 12/01/2021 | Buy | Common Stock | 2,300 | $1.31 |
| 12/01/2021 | Buy | Common Stock | 1,700 | $1.31 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.43 |
| 12/07/2021 | Sell | Common Stock | (5,000) | $1.44 |
| 12/08/2021 | Sell | Common Stock | (5,000) | $1.61 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.50 |
| 12/09/2021 | Buy | Common Stock | 5,000 | $1.52 |
| 12/10/2021 | Buy | Common Stock | 5,000 | $1.49 |
| 01/31/2022 | Sell | Common Stock | (300) | $1.41 |
| 01/31/2022 | Sell | Common Stock | (9,700) | $1.40 |
| 02/01/2022 | Sell | Common Stock | (5,000) | $1.50 |
| 02/04/2022 | Buy | Common Stock | 600 | $1.30 |
| 02/08/2022 | Buy | Common Stock | 5,000 | $1.31 |
| 02/22/2022 | Buy | Common Stock | 493 | $1.41 |
| 02/23/2022 | Buy | Common Stock | 10,000 | $1.43 |
| 02/23/2022 | Buy | Common Stock | 3,000 | $1.42 |
| 02/24/2022 | Buy | Common Stock | 300 | $1.41 |
| 02/24/2022 | Sell | Common Stock | (2,893) | $1.55 |
| 03/31/2022 | Sell | Common Stock | (3,925) | $1.85 |
| 03/31/2022 | Sell | Common Stock | (6,075) | $1.84 |
| 03/31/2022 | Sell | Common Stock | (10,000) | $1.85 |
| 11/08/2022 | Buy | Common Stock | 50 | $1.05 |
| 11/08/2022 | Buy | Common Stock | 100 | $1.06 |