# EXHIBIT C

**FINANCIAL INTEREST ANALYSIS**

**Outlook Therapeutics, Inc.**     TICKER: OTLK     Set-Off Price:     $0.3349
**Class Period: 08/03/2021 - 08/29/2023**

**Mariam Silverman Trust UA Mar. 15, 1969**

| LIFO/FIFO | | | | |
|---|---|---|---|---|
| Transaction | Date | Quantity | Price Per Share | Cost/Proceeds |
| Purchase | 12/3/2021 | 10,000 | $1.3600 | ($13,600.00) |
| Purchase | 12/6/2021 | 10,000 | $1.3500 | ($13,500.00) |
| Purchase | 12/9/2021 | 15,000 | $1.5533 | ($23,298.80) |
| Purchase | 12/27/2021 | 56,892 | $1.3794 | ($78,477.20) |
| Purchase | 12/28/2021 | 9,000 | $1.3794 | ($12,414.60) |
| Purchase | 1/4/2022 | 10,000 | $1.4099 | ($14,099.00) |
| Purchase | 1/5/2022 | 10,000 | $1.3499 | ($13,499.00) |
| Purchase | 1/21/2022 | 63,464 | $1.2300 | ($78,061.00) |
| Purchase | 1/21/2022 | 3,200 | $1.2299 | ($3,935.68) |
| Purchase | 1/21/2022 | 5,500 | $1.2295 | ($6,762.25) |
| Purchase | 1/21/2022 | 4,200 | $1.2275 | ($5,155.50) |
| Purchase | 1/21/2022 | 2,744 | $1.2250 | ($3,361.40) |
| Purchase | 1/21/2022 | 2,972 | $1.2065 | ($3,585.58) |
| Purchase | 1/21/2022 | 12,629 | $1.2250 | ($15,470.50) |
| Purchase | 6/6/2022 | 23,852 | $0.8951 | ($21,349.90) |
| Purchase | 2/13/2023 | 10,700 | $1.1700 | ($12,519.00) |
| Purchase | 2/13/2023 | 300 | $1.1650 | ($349.50) |
| Purchase | 5/23/2023 | 10,000 | $1.5695 | ($15,695.00) |
| Purchase | 5/23/2023 | 10,000 | $1.5300 | ($15,300.00) |
| Purchase | 5/23/2023 | 2,728 | $1.5000 | ($4,092.00) |
| Purchase | 5/23/2023 | 2,272 | $1.4899 | ($3,385.05) |
| Purchase | 8/14/2023 | 15,000 | $1.4500 | ($21,750.00) |
| Purchase | 8/14/2023 | 100 | $1.4499 | ($144.99) |
| Purchase | 8/14/2023 | 7,678 | $1.4490 | ($11,125.42) |
| Purchase | 8/14/2023 | 2,222 | $1.4450 | ($3,210.79) |
| **Total Class Period Purchases** | | **300,453** | | **($394,142.16)** |
| Sale[1] | 11/2/2023 | (100) | $0.2999 | $31.31 |
| Sale | 11/2/2023 | (4,129) | $0.2998 | $1,292.79 |
| Sale | 11/2/2023 | (200) | $0.2980 | $62.62 |
| Sale | 11/2/2023 | (100) | $0.2981 | $31.31 |
| Sale | 11/2/2023 | (1,600) | $0.2979 | $500.96 |
| Sale | 11/2/2023 | (3,871) | $0.2976 | $1,212.01 |
| Sale | 11/2/2023 | (10,000) | $0.2976 | $3,131.00 |
| Sale | 11/2/2023 | (4,600) | $0.2976 | $1,440.26 |
| Sale | 11/2/2023 | (400) | $0.2976 | $125.24 |
| Sale | 11/2/2023 | (10,000) | $0.2976 | $3,131.00 |
| Sale | 11/2/2023 | (46,194) | $0.2976 | $14,463.34 |
| Sale | 11/2/2023 | (4,932) | $0.2976 | $1,544.21 |
| Sale | 11/2/2023 | (5,766) | $0.2976 | $1,805.33 |
| Sale | 11/2/2023 | (8,108) | $0.2976 | $2,538.61 |
| Sale | 11/2/2023 | (2) | $0.2950 | $0.63 |

| Sale | 11/2/2023 | (890) | $0.2971 | $278.66 |
|---|---|---|---|---|
| Sale | 11/2/2023 | (10,000) | $0.2971 | $3,131.00 |
| Sale | 11/2/2023 | (210) | $0.2971 | $65.75 |
| Sale | 11/2/2023 | (9,790) | $0.2971 | $3,065.25 |
| Sale | 11/2/2023 | (20,310) | $0.2971 | $6,359.06 |
| Sale | 11/2/2023 | (43,154) | $0.2972 | $13,511.52 |
| Sale | 11/2/2023 | (3,200) | $0.2972 | $1,001.92 |
| Sale | 11/2/2023 | (5,500) | $0.2972 | $1,722.05 |
| Sale | 11/2/2023 | (4,200) | $0.2924 | $1,315.02 |
| Sale | 11/2/2023 | (2,744) | $0.2972 | $859.15 |
| Sale | 11/2/2023 | (2,972) | $0.2876 | $930.53 |
| Sale | 11/2/2023 | (1,000) | $0.2903 | $313.10 |
| Sale | 11/2/2023 | (100) | $0.2903 | $31.31 |
| Sale | 11/2/2023 | (8,773) | $0.2902 | $2,746.83 |
| Sale | 11/2/2023 | (2,756) | $0.2901 | $862.90 |
| Sale | 11/2/2023 | (10,000) | $0.2901 | $3,131.00 |
| Sale | 11/2/2023 | (13,852) | $0.2901 | $4,337.06 |
| Sale | 11/2/2023 | (10,700) | $0.2901 | $3,350.17 |
| Sale | 11/2/2023 | (300) | $0.2901 | $93.93 |
| Sale | 11/2/2023 | (10,000) | $0.2901 | $3,131.00 |
| Sale | 11/2/2023 | (10,000) | $0.2901 | $3,131.00 |
| Sale | 11/2/2023 | (2,728) | $0.2901 | $854.14 |
| Sale | 11/2/2023 | (2,272) | $0.2901 | $711.36 |
| Sale | 11/2/2023 | (15,000) | $0.2901 | $4,696.50 |
| Sale | 11/2/2023 | (100) | $0.2901 | $31.31 |
| Sale | 11/2/2023 | (7,678) | $0.2901 | $2,403.98 |
| Sale | 11/2/2023 | (1,814) | $0.2901 | $567.96 |
| Sale | 11/2/2023 | (101) | $0.2986 | $31.62 |
| Sale | 11/2/2023 | (100) | $0.2987 | $31.31 |
| Sale | 11/2/2023 | (207) | $0.2983 | $64.81 |
| **Sales That Match Class Period Purchases** | | **(300,453)** | | **$94,071.83** |

| | | | |
|---|---|---|---|
| Retained Shares: | 0 | | |
| | | | |
| **LIFO/FIFO Gain/(Loss)** | | | **($300,070.33)** |

[1] Shares sold within ninety days after the end of the Class Period are calculated at the higher value between the actual sale price and the average closing price from the end of the Class Period to the date of sale. Here, the average closing price from the end of the Class Period to November 2, 2023 is $0.3131.

**FINANCIAL INTEREST ANALYSIS**

| | | | | |
|---|---|---|---|---|
| **Outlook Therapeutics, Inc.** | | **TICKER: OTLK** | **Set-Off Price:** | **$0.3349** |
| **Class Period: 08/03/2021 - 08/29/2023** | | | | |

**Michael Lucas**

| LIFO - Account No. 1 | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 11/24/2021 | 13,191 | $1.25 | ($16,488.75) |
| Purchase | 11/24/2021 | 19,168 | $1.24 | ($23,768.32) |
| Purchase | 12/8/2021 | 100 | $1.62 | ($162.00) |
| Purchase | 12/8/2021 | 1,761 | $1.62 | ($2,851.59) |
| Purchase | 12/8/3032 | 239 | $1.62 | ($386.92) |
| Purchase | 12/8/3032 | 200 | $1.62 | ($323.00) |
| Purchase | 12/8/2021 | 3,000 | $1.63 | ($4,889.70) |
| Purchase | 12/9/2021 | 5,000 | $1.53 | ($7,646.00) |
| Purchase | 12/14/2021 | 5,000 | $1.37 | ($6,846.50) |
| Purchase | 12/14/2021 | 10,000 | $1.37 | ($13,695.00) |
| Purchase | 12/14/2021 | 500 | $1.36 | ($680.00) |
| Purchase | 12/14/2021 | 10,000 | $1.36 | ($13,600.00) |
| Purchase | 12/15/2021 | 9,490 | $1.33 | ($12,621.70) |
| Purchase | 12/15/2021 | 510 | $1.33 | ($675.75) |
| Purchase | 12/22/2021 | 500 | $1.36 | ($677.50) |
| Purchase | 12/22/2021 | 5,000 | $1.39 | ($6,950.00) |
| Purchase | 12/22/2021 | 5,000 | $1.37 | ($6,850.00) |
| Purchase | 12/22/2021 | 5,000 | $1.36 | ($6,800.00) |
| Purchase | 12/22/2021 | 5,000 | $1.38 | ($6,900.00) |
| Purchase | 12/22/2021 | 4,189 | $1.37 | ($5,738.93) |
| Purchase | 12/23/2021 | 5,000 | $1.35 | ($6,750.00) |
| Purchase | 12/28/2021 | 5,000 | $1.35 | ($6,749.50) |
| Purchase | 12/28/2021 | 5,000 | $1.35 | ($6,749.50) |
| Purchase | 12/28/2021 | 4,009 | $1.34 | ($5,372.06) |
| Purchase | 12/28/2021 | 991 | $1.34 | ($1,322.99) |
| Purchase | 12/28/2021 | 5,000 | $1.33 | ($6,650.00) |
| Purchase | 12/28/2021 | 5,000 | $1.33 | ($6,650.00) |
| Purchase | 1/6/2022 | 5,000 | $1.27 | ($6,347.00) |
| Purchase | 1/6/2022 | 5,000 | $1.28 | ($6,398.00) |
| Purchase | 1/6/2022 | 5,000 | $1.28 | ($6,396.00) |
| Purchase | 1/6/2022 | 5,000 | $1.28 | ($6,399.50) |
| Purchase | 1/6/2022 | 5,000 | $1.28 | ($6,399.50) |
| Purchase | 1/6/2022 | 1,438 | $1.27 | ($1,826.26) |
| Purchase | 1/10/2022 | 4,910 | $1.26 | ($6,186.60) |
| Purchase | 1/10/2022 | 90 | $1.26 | ($113.39) |
| Purchase | 1/10/2022 | 10,000 | $1.26 | ($12,600.00) |
| Purchase | 1/10/2022 | 10,000 | $1.24 | ($12,400.00) |
| Purchase | 1/10/2022 | 5,000 | $1.22 | ($6,100.00) |
| Purchase | 1/10/2022 | 1,300 | $1.21 | ($1,573.00) |
| Purchase | 1/12/2022 | 5,000 | $1.21 | ($6,049.50) |
| Purchase | 1/21/2022 | 5,000 | $1.23 | ($6,150.00) |
| Purchase | 1/21/2022 | 5,000 | $1.22 | ($6,100.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 1/21/2022 | 5,200 | $1.22 | ($6,344.00) |
| Purchase | 1/21/2022 | 4,797 | $1.22 | ($5,852.34) |
| Purchase | 1/24/2022 | 5,000 | $1.23 | ($6,149.50) |
| Purchase | 1/24/2022 | 5,000 | $1.23 | ($6,149.50) |
| Purchase | 1/24/2022 | 5,100 | $1.23 | ($6,273.00) |
| Purchase | 1/24/2022 | 5,000 | $1.38 | ($6,899.50) |
| Purchase | 1/27/2022 | 10,000 | $1.26 | ($12,600.00) |
| Purchase | 1/28/2022 | 5,500 | $1.26 | ($6,926.15) |
| Purchase | 2/14/2022 | 5,000 | $1.33 | ($6,650.00) |
| Purchase | 5/31/2022 | 33,200 | $1.02 | ($33,864.00) |
| Purchase | 5/31/2022 | 1,300 | $1.02 | ($1,325.87) |
| Purchase | 10/12/2022 | 400 | $1.22 | ($487.64) |
| **Total Class Period Purchases** | | **291,083** | | **($369,355.95)** |
| | | | | |
| Sale | 12/7/2021 | (1,000) | $1.47 | $1,470.20 |
| Sale | 12/7/2021 | (3,500) | $1.47 | $5,145.35 |
| Sale | 12/7/2021 | (500) | $1.47 | $735.00 |
| Sale | 12/7/2021 | (1,011) | $1.47 | $1,486.37 |
| Sale | 12/7/2021 | (3,989) | $1.47 | $5,864.23 |
| Sale | 12/8/2021 | (5,000) | $1.58 | $7,900.00 |
| Sale | 12/8/2021 | (5,000) | $1.59 | $7,950.00 |
| Sale | 12/8/2021 | (5,000) | $1.61 | $8,050.00 |
| Sale | 1/14/2022 | (5,000) | $1.32 | $6,600.50 |
| Sale | 1/14/2022 | (5,000) | $1.32 | $6,600.50 |
| Sale | 1/14/2022 | (3,820) | $1.32 | $5,045.84 |
| Sale | 1/14/2022 | (1,180) | $1.33 | $1,569.40 |
| Sale | 1/24/2022 | (5,000) | $1.38 | $6,900.00 |
| Sale | 1/24/2022 | (5,000) | $1.38 | $6,900.00 |
| Sale | 1/24/2022 | (5,000) | $1.39 | $6,950.00 |
| Sale | 1/24/2022 | (5,000) | $1.40 | $7,000.50 |
| Sale | 1/24/2022 | (3) | $1.37 | $4.11 |
| Sale | 1/31/2022 | (10,000) | $1.40 | $14,000.00 |
| Sale | 2/1/2022 | (10,000) | $1.49 | $14,901.00 |
| Sale | 2/1/2022 | (10,000) | $1.52 | $15,200.00 |
| Sale | 2/16/2022 | (10,000) | $1.44 | $14,400.00 |
| Sale | 2/16/2022 | (6,180) | $1.44 | $8,899.20 |
| Sale | 2/16/2022 | (10,000) | $1.45 | $14,500.00 |
| Sale | 2/24/2022 | (10,000) | $1.60 | $16,000.00 |
| Sale | 2/24/2022 | (10,000) | $1.61 | $16,100.00 |
| Sale | 2/24/2022 | (10,000) | $1.65 | $16,500.00 |
| Sale[1] | 10/19/2023 | (300) | $0.83 | $247.80 |
| Sale | 10/19/2023 | (5) | $0.82 | $4.12 |
| Sale | 10/19/2023 | (100) | $0.82 | $82.13 |
| Sale | 10/19/2023 | (100) | $0.82 | $82.11 |
| Sale | 10/19/2023 | (100) | $0.82 | $82.09 |
| Sale | 10/19/2023 | (100) | $0.82 | $82.06 |
| Sale | 10/19/2023 | (250) | $0.82 | $205.13 |
| Sale | 10/19/2023 | (250) | $0.82 | $205.10 |
| Sale | 10/19/2023 | (500) | $0.82 | $410.05 |
| Sale | 10/19/2023 | (1,390) | $0.82 | $1,139.80 |

| Sale | 10/19/2023 | (1) | $0.82 | $0.82 |
|---|---|---|---|---|
| Sale | 10/19/2023 | (200) | $0.82 | $163.66 |
| Sale | 10/19/2023 | (100) | $0.82 | $81.73 |
| Sale | 10/19/2023 | (141,504) | $0.82 | $115,368.21 |
| **Sales That Match Class Period Purchases** | | **(291,083)** | | **$334,827.00** |

Retained Shares: 0

**LIFO Gain/(Loss)** **($34,528.95)**

[1] Shares sold within ninety days after the end of the Class Period are calculated at the higher value between the actual sale price and the average closing price from the end of the Class Period to the date of sale. Here, the average closing price from the end of the Class Period to October 19, 2023 is $0.2563.

## LIFO - Account No. 2

**Pre-Class Period Holdings: 46,000**

| Transaction | Date | Quantity | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 08/16/2021 | 19,000 | $2.15 | ($40,850.00) |
| Purchase | 09/28/2021 | 500 | $2.22 | ($1,110.00) |
| Purchase | 09/29/2021 | 5,600 | $2.14 | ($11,984.00) |
| Purchase | 09/30/2021 | 18,500 | $2.16 | ($39,960.00) |
| Purchase | 10/05/2021 | 145 | $2.11 | ($305.95) |
| Purchase | 10/05/2021 | 350 | $2.11 | ($738.50) |
| Purchase | 10/05/2021 | 18,500 | $2.12 | ($39,220.00) |
| Purchase | 10/18/2021 | 20,000 | $2.06 | ($41,200.00) |
| Purchase | 10/27/2021 | 5,000 | $2.06 | ($10,300.00) |
| Purchase | 10/27/2021 | 5,000 | $2.06 | ($10,300.00) |
| Purchase | 10/28/2021 | 10,000 | $2.04 | ($20,400.00) |
| Purchase | 11/10/2021 | 20,000 | $1.98 | ($39,600.00) |
| Purchase | 11/16/2021 | 3,500 | $1.91 | ($6,685.00) |
| Purchase | 11/16/2021 | 20,000 | $1.91 | ($38,200.00) |
| Purchase | 11/17/2021 | 700 | $1.92 | ($1,344.00) |
| Purchase | 11/17/2021 | 4,300 | $1.92 | ($8,256.00) |
| Purchase | 11/17/2021 | 5,000 | $1.88 | ($9,400.00) |
| Purchase | 11/17/2021 | 5,000 | $1.88 | ($9,400.00) |
| Purchase | 11/17/2021 | 5,000 | $1.91 | ($9,550.00) |
| Purchase | 11/17/2021 | 5,000 | $1.92 | ($9,600.00) |
| Purchase | 11/17/2021 | 5,000 | $1.92 | ($9,600.00) |
| Purchase | 11/18/2021 | 5,000 | $1.72 | ($8,600.00) |
| Purchase | 11/18/2021 | 5,000 | $1.77 | ($8,850.00) |
| Purchase | 11/18/2021 | 5,000 | $1.79 | ($8,950.00) |
| Purchase | 11/18/2021 | 5,000 | $1.81 | ($9,050.00) |
| Purchase | 11/18/2021 | 10,000 | $1.56 | ($15,600.00) |
| Purchase | 11/18/2021 | 10,000 | $1.58 | ($15,800.00) |
| Purchase | 11/18/2021 | 10,000 | $1.61 | ($16,100.00) |
| Purchase | 11/22/2021 | 500 | $1.48 | ($740.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 11/22/2021 | 20,000 | $1.54 | ($30,800.00) |
| Purchase | 11/22/2021 | 20,000 | $1.54 | ($30,800.00) |
| Purchase | 11/24/2021 | 4,000 | $1.22 | ($4,880.00) |
| Purchase | 11/24/2021 | 60,000 | $1.25 | ($75,000.00) |
| Purchase | 11/26/2021 | 10,255 | $1.30 | ($13,331.50) |
| Purchase | 11/26/2021 | 19,745 | $1.31 | ($25,865.95) |
| Purchase | 12/01/2021 | 1,600 | $1.31 | ($2,096.00) |
| Purchase | 12/01/2021 | 1,700 | $1.31 | ($2,227.00) |
| Purchase | 12/01/2021 | 2,300 | $1.31 | ($3,013.00) |
| Purchase | 12/01/2021 | 2,570 | $1.28 | ($3,289.60) |
| Purchase | 12/01/2021 | 3,400 | $1.31 | ($4,454.00) |
| Purchase | 12/01/2021 | 5,000 | $1.28 | ($6,400.00) |
| Purchase | 12/01/2021 | 5,000 | $1.29 | ($6,450.00) |
| Purchase | 12/01/2021 | 5,000 | $1.31 | ($6,550.00) |
| Purchase | 12/01/2021 | 5,000 | $1.32 | ($6,600.00) |
| Purchase | 12/01/2021 | 5,000 | $1.32 | ($6,600.00) |
| Purchase | 12/01/2021 | 5,000 | $1.35 | ($6,750.00) |
| Purchase | 12/01/2021 | 5,000 | $1.36 | ($6,800.00) |
| Purchase | 12/01/2021 | 5,000 | $1.36 | ($6,800.00) |
| Purchase | 12/01/2021 | 5,000 | $1.36 | ($6,800.00) |
| Purchase | 12/09/2021 | 200 | $1.50 | ($300.00) |
| Purchase | 12/09/2021 | 4,800 | $1.50 | ($7,200.00) |
| Purchase | 12/09/2021 | 5,000 | $1.49 | ($7,450.00) |
| Purchase | 12/09/2021 | 5,000 | $1.49 | ($7,450.00) |
| Purchase | 12/09/2021 | 5,000 | $1.50 | ($7,500.00) |
| Purchase | 12/09/2021 | 5,000 | $1.50 | ($7,500.00) |
| Purchase | 12/09/2021 | 5,000 | $1.50 | ($7,500.00) |
| Purchase | 12/09/2021 | 5,000 | $1.50 | ($7,500.00) |
| Purchase | 12/09/2021 | 5,000 | $1.50 | ($7,500.00) |
| Purchase | 12/09/2021 | 5,000 | $1.52 | ($7,600.00) |
| Purchase | 12/10/2021 | 820 | $1.45 | ($1,189.00) |
| Purchase | 12/10/2021 | 5,000 | $1.46 | ($7,300.00) |
| Purchase | 12/10/2021 | 5,000 | $1.49 | ($7,450.00) |
| Purchase | 12/13/2021 | 5,000 | $1.42 | ($7,100.00) |
| Purchase | 12/14/2021 | 5,000 | $1.36 | ($6,800.00) |
| Purchase | 12/14/2021 | 5,000 | $1.36 | ($6,800.00) |
| Purchase | 12/14/2021 | 5,000 | $1.37 | ($6,850.00) |
| Purchase | 12/14/2021 | 5,000 | $1.40 | ($7,000.00) |
| Purchase | 12/15/2021 | 1,900 | $1.33 | ($2,527.00) |
| Purchase | 12/15/2021 | 3,100 | $1.33 | ($4,123.00) |
| Purchase | 12/28/2021 | 300 | $1.34 | ($402.00) |
| Purchase | 12/28/2021 | 4,700 | $1.34 | ($6,298.00) |
| Purchase | 12/28/2021 | 5,000 | $1.33 | ($6,650.00) |
| Purchase | 12/28/2021 | 5,000 | $1.34 | ($6,700.00) |
| Purchase | 12/28/2021 | 5,000 | $1.35 | ($6,750.00) |
| Purchase | 12/29/2021 | 5,000 | $1.33 | ($6,650.00) |
| Purchase | 01/06/2022 | 2,986 | $1.32 | ($3,941.52) |
| Purchase | 01/21/2022 | 550 | $1.23 | ($676.50) |
| Purchase | 01/21/2022 | 5,000 | $1.23 | ($6,150.00) |
| Purchase | 01/24/2022 | 5,000 | $1.22 | ($6,100.00) |
| Purchase | 01/27/2022 | 3,000 | $1.28 | ($3,840.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 01/27/2022 | 6,231 | $1.29 | ($8,037.99) |
| Purchase | 01/28/2022 | 5,000 | $1.25 | ($6,250.00) |
| Purchase | 01/28/2022 | 10,000 | $1.26 | ($12,600.00) |
| Purchase | 02/03/2022 | 10,000 | $1.32 | ($13,200.00) |
| Purchase | 02/03/2022 | 10,000 | $1.32 | ($13,200.00) |
| Purchase | 02/04/2022 | 500 | $1.30 | ($650.00) |
| Purchase | 02/04/2022 | 600 | $1.30 | ($780.00) |
| Purchase | 02/04/2022 | 5,000 | $1.30 | ($6,500.00) |
| Purchase | 02/08/2022 | 1,536 | $1.30 | ($1,996.80) |
| Purchase | 02/08/2022 | 5,000 | $1.31 | ($6,550.00) |
| Purchase | 02/22/2022 | 493 | $1.41 | ($695.13) |
| Purchase | 02/22/2022 | 5,000 | $1.41 | ($7,050.00) |
| Purchase | 02/23/2022 | 300 | $1.42 | ($426.00) |
| Purchase | 02/23/2022 | 1,041 | $1.41 | ($1,467.81) |
| Purchase | 02/23/2022 | 1,300 | $1.41 | ($1,833.00) |
| Purchase | 02/23/2022 | 3,000 | $1.42 | ($4,260.00) |
| Purchase | 02/23/2022 | 10,000 | $1.41 | ($14,100.00) |
| Purchase | 02/23/2022 | 10,000 | $1.42 | ($14,200.00) |
| Purchase | 02/23/2022 | 10,000 | $1.42 | ($14,200.00) |
| Purchase | 02/23/2022 | 10,000 | $1.43 | ($14,300.00) |
| Purchase | 02/24/2022 | 300 | $1.41 | ($423.00) |
| Purchase | 04/25/2022 | 200 | $1.65 | ($330.00) |
| Purchase | 05/31/2022 | 50,000 | $1.00 | ($50,000.00) |
| Purchase | 10/12/2022 | 20,000 | $1.21 | ($24,200.00) |
| Purchase | 11/08/2022 | 50 | $1.05 | ($52.50) |
| Purchase | 11/08/2022 | 100 | $1.06 | ($106.00) |
| **Total Class Period Purchases** | | **720,172** | | **($1,093,405.75)** |
| | | | | |
| Sale | 08/03/2021 | (9,500) | $2.97 | $28,215.00 |
| Sale | 08/05/2021 | (6,275) | $2.48 | $15,562.00 |
| Sale | 08/05/2021 | (3,422) | $2.47 | $8,452.34 |
| Sale | 08/05/2021 | (203) | $2.48 | $503.44 |
| Sale | 08/05/2021 | (100) | $2.49 | $249.00 |
| Sale | 08/06/2021 | (10,000) | $2.48 | $24,800.00 |
| Sale | 08/25/2021 | (13,395) | $2.44 | $32,683.80 |
| Sale | 08/25/2021 | (4,055) | $2.44 | $9,894.20 |
| Sale | 08/25/2021 | (1,549) | $2.45 | $3,795.05 |
| Sale | 08/25/2021 | (900) | $2.44 | $2,196.00 |
| Sale | 08/25/2021 | (100) | $2.45 | $245.00 |
| Sale | 08/25/2021 | (1) | $2.46 | $2.46 |
| Sale | 08/27/2021 | (13,000) | $2.62 | $34,060.00 |
| Sale | 08/27/2021 | (2,500) | $2.63 | $6,575.00 |
| Sale | 11/03/2021 | (5,000) | $2.15 | $10,750.00 |
| Sale | 11/03/2021 | (5,000) | $2.14 | $10,700.00 |
| Sale | 11/12/2021 | (5,000) | $2.10 | $10,500.00 |
| Sale | 11/12/2021 | (5,000) | $2.10 | $10,500.00 |
| Sale | 11/12/2021 | (5,000) | $2.08 | $10,400.00 |
| Sale | 11/12/2021 | (5,000) | $2.06 | $10,300.00 |
| Sale | 11/16/2021 | (5,000) | $2.06 | $10,300.00 |
| Sale | 11/16/2021 | (5,000) | $2.05 | $10,250.00 |

| | | | | |
|------|------------|----------|-------|-------------|
| Sale | 11/16/2021 | (5,000) | $2.04 | $10,200.00 |
| Sale | 11/16/2021 | (5,000) | $2.02 | $10,100.00 |
| Sale | 11/16/2021 | (5,000) | $2.02 | $10,100.00 |
| Sale | 11/16/2021 | (2,900) | $2.01 | $5,829.00 |
| Sale | 11/16/2021 | (1,589) | $2.01 | $3,193.89 |
| Sale | 11/16/2021 | (300) | $2.01 | $603.00 |
| Sale | 11/16/2021 | (111) | $2.02 | $224.22 |
| Sale | 11/16/2021 | (100) | $2.02 | $202.00 |
| Sale | 11/30/2021 | (5,000) | $1.50 | $7,500.00 |
| Sale | 11/30/2021 | (5,000) | $1.48 | $7,400.00 |
| Sale | 11/30/2021 | (5,000) | $1.47 | $7,350.00 |
| Sale | 11/30/2021 | (5,000) | $1.47 | $7,350.00 |
| Sale | 11/30/2021 | (5,000) | $1.46 | $7,300.00 |
| Sale | 11/30/2021 | (4,600) | $1.48 | $6,808.00 |
| Sale | 11/30/2021 | (400) | $1.49 | $596.00 |
| Sale | 12/07/2021 | (5,000) | $1.49 | $7,450.00 |
| Sale | 12/07/2021 | (5,000) | $1.49 | $7,450.00 |
| Sale | 12/07/2021 | (5,000) | $1.48 | $7,400.00 |
| Sale | 12/07/2021 | (5,000) | $1.48 | $7,400.00 |
| Sale | 12/07/2021 | (5,000) | $1.48 | $7,400.00 |
| Sale | 12/07/2021 | (5,000) | $1.47 | $7,350.00 |
| Sale | 12/07/2021 | (5,000) | $1.46 | $7,300.00 |
| Sale | 12/07/2021 | (5,000) | $1.45 | $7,250.00 |
| Sale | 12/07/2021 | (5,000) | $1.44 | $7,200.00 |
| Sale | 12/07/2021 | (5,000) | $1.43 | $7,150.00 |
| Sale | 12/07/2021 | (5,000) | $1.43 | $7,150.00 |
| Sale | 12/07/2021 | (1,971) | $1.49 | $2,936.79 |
| Sale | 12/08/2021 | (5,000) | $1.61 | $8,050.00 |
| Sale | 12/08/2021 | (5,000) | $1.60 | $8,000.00 |
| Sale | 12/08/2021 | (5,000) | $1.56 | $7,800.00 |
| Sale | 12/08/2021 | (5,000) | $1.52 | $7,600.00 |
| Sale | 01/14/2022 | (5,000) | $1.32 | $6,600.00 |
| Sale | 01/24/2022 | (10,000) | $1.38 | $13,800.00 |
| Sale | 01/24/2022 | (10,000) | $1.38 | $13,800.00 |
| Sale | 01/24/2022 | (5,000) | $1.41 | $7,050.00 |
| Sale | 01/31/2022 | (10,000) | $1.41 | $14,100.00 |
| Sale | 01/31/2022 | (10,000) | $1.40 | $14,000.00 |
| Sale | 01/31/2022 | (9,700) | $1.40 | $13,580.00 |
| Sale | 01/31/2022 | (5,300) | $1.41 | $7,473.00 |
| Sale | 01/31/2022 | (4,700) | $1.40 | $6,580.00 |
| Sale | 01/31/2022 | (300) | $1.41 | $423.00 |
| Sale | 02/01/2022 | (10,000) | $1.51 | $15,100.00 |
| Sale | 02/01/2022 | (5,000) | $1.50 | $7,500.00 |
| Sale | 02/16/2022 | (10,000) | $1.50 | $15,000.00 |
| Sale | 02/16/2022 | (10,000) | $1.50 | $15,000.00 |
| Sale | 02/16/2022 | (10,000) | $1.48 | $14,800.00 |
| Sale | 02/16/2022 | (10,000) | $1.46 | $14,600.00 |
| Sale | 02/16/2022 | (10,000) | $1.45 | $14,500.00 |
| Sale | 02/16/2022 | (10,000) | $1.45 | $14,500.00 |
| Sale | 02/16/2022 | (10,000) | $1.44 | $14,400.00 |
| Sale | 02/16/2022 | (9,800) | $1.42 | $13,916.00 |

| | | | | |
|---|---|---|---|---|
| Sale | 02/16/2022 | (5,000) | $1.42 | $7,100.00 |
| Sale | 02/16/2022 | (5,000) | $1.42 | $7,100.00 |
| Sale | 02/16/2022 | (5,000) | $1.41 | $7,050.00 |
| Sale | 02/16/2022 | (200) | $1.43 | $286.00 |
| Sale | 02/24/2022 | (10,000) | $1.62 | $16,200.00 |
| Sale | 02/24/2022 | (10,000) | $1.62 | $16,200.00 |
| Sale | 02/24/2022 | (10,000) | $1.61 | $16,100.00 |
| Sale | 02/24/2022 | (10,000) | $1.56 | $15,600.00 |
| Sale | 02/24/2022 | (10,000) | $1.54 | $15,400.00 |
| Sale | 02/24/2022 | (10,000) | $1.54 | $15,400.00 |
| Sale | 02/24/2022 | (7,300) | $1.55 | $11,315.00 |
| Sale | 02/24/2022 | (5,738) | $1.63 | $9,352.94 |
| Sale | 02/24/2022 | (5,000) | $1.65 | $8,250.00 |
| Sale | 02/24/2022 | (5,000) | $1.60 | $8,000.00 |
| Sale | 02/24/2022 | (5,000) | $1.56 | $7,800.00 |
| Sale | 02/24/2022 | (5,000) | $1.56 | $7,800.00 |
| Sale | 02/24/2022 | (5,000) | $1.55 | $7,750.00 |
| Sale | 02/24/2022 | (3,262) | $1.64 | $5,349.68 |
| Sale | 02/24/2022 | (2,893) | $1.55 | $4,484.15 |
| Sale | 02/24/2022 | (2,700) | $1.56 | $4,212.00 |
| Sale | 02/24/2022 | (600) | $1.63 | $978.00 |
| Sale | 02/24/2022 | (400) | $1.64 | $656.00 |
| Sale | 02/25/2022 | (10,000) | $1.68 | $16,800.00 |
| Sale | 02/25/2022 | (10,000) | $1.68 | $16,800.00 |
| Sale | 02/25/2022 | (10,000) | $1.67 | $16,700.00 |
| Sale | 02/25/2022 | (10,000) | $1.67 | $16,700.00 |
| Sale | 02/25/2022 | (5,958) | $1.67 | $9,949.86 |
| Sale | 03/31/2022 | (10,000) | $1.85 | $18,500.00 |
| Sale | 03/31/2022 | (6,075) | $1.84 | $11,178.00 |
| Sale | 03/31/2022 | (3,925) | $1.85 | $7,261.25 |
| Sale[2] | 10/19/2023 | (55,596) | $0.75 | $41,697.00 |
| Sale | 10/19/2023 | (14,266) | $0.74 | $10,556.84 |
| Sale | 10/19/2023 | (10,000) | $0.76 | $7,600.00 |
| Sale | 10/19/2023 | (9,919) | $0.74 | $7,340.06 |
| Sale | 10/19/2023 | (5,948) | $0.73 | $4,342.04 |
| Sale | 10/19/2023 | (3,000) | $0.76 | $2,280.00 |
| Sale | 10/19/2023 | (2,509) | $0.74 | $1,856.66 |
| Sale | 10/19/2023 | (2,183) | $0.74 | $1,615.42 |
| Sale | 10/19/2023 | (1,000) | $0.74 | $740.00 |
| Sale | 10/19/2023 | (1,000) | $0.74 | $740.00 |
| Sale | 10/19/2023 | (1,000) | $0.74 | $740.00 |
| Sale | 10/19/2023 | (710) | $0.74 | $525.40 |
| Sale | 10/19/2023 | (500) | $0.74 | $370.00 |
| Sale | 10/19/2023 | (400) | $0.76 | $304.00 |
| Sale | 10/19/2023 | (330) | $0.74 | $244.20 |
| Sale | 10/19/2023 | (250) | $0.74 | $185.00 |
| Sale | 10/19/2023 | (250) | $0.74 | $185.00 |
| Sale | 10/19/2023 | (250) | $0.74 | $185.00 |
| Sale | 10/19/2023 | (250) | $0.74 | $185.00 |
| Sale | 10/19/2023 | (200) | $0.75 | $150.00 |
| Sale | 10/19/2023 | (150) | $0.74 | $111.00 |

| Sale | 10/19/2023 | (100) | $0.74 | $74.00 |
|---|---|---|---|---|
| Sale | 10/19/2023 | (100) | $0.74 | $74.00 |
| Sale | 10/19/2023 | (50) | $0.74 | $37.00 |
| Sale | 10/19/2023 | (30) | $0.74 | $22.20 |
| Sale | 10/19/2023 | (9) | $0.74 | $6.66 |
| Sale[3] | 11/06/2023 | (22,789) | $0.45 | $10,255.05 |
| Sale | 11/06/2023 | (520) | $0.43 | $223.60 |
| Sale | 11/06/2023 | (741) | $0.43 | $318.63 |
| Sale | 11/06/2023 | (300) | $0.44 | $132.00 |
| **Sales That Match Class Period Purchases** | | **(720,172)** | | **$1,075,737.55** |

**Retained Shares:** 0

**LIFO Gain/(Loss)** **($17,668.20)**

[2] Shares sold within ninety days after the end of the Class Period are calculated at the higher value between the actual sale price and the average closing price from the end of the Class Period to the date of sale. Here, the average closing price from the end of the Class Period to October 19, 2023 is $0.2563.

[3] Shares sold within ninety days after the end of the Class Period are calculated at the higher value between the actual sale price and the average closing price from the end of the Class Period to the date of sale. Here, the average closing price from the end of the Class Period to November 6, 2023 is $0.3183.

## LIFO - Account No. 3

**Pre-Class Period Holdings: 2,500**

| Transaction | Date | Quantity | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 09/28/2021 | 500 | $2.22 | ($1,110.00) |
| Purchase | 10/27/2021 | 5,000 | $2.06 | ($10,300.00) |
| Purchase | 11/16/2021 | 3,500 | $1.91 | ($6,685.00) |
| Purchase | 11/22/2021 | 500 | $1.48 | ($740.00) |
| Purchase | 12/01/2021 | 5,000 | $1.28 | ($6,400.00) |
| Purchase | 12/01/2021 | 2,300 | $1.31 | ($3,013.00) |
| Purchase | 12/01/2021 | 1,700 | $1.31 | ($2,227.00) |
| Purchase | 12/09/2021 | 5,000 | $1.50 | ($7,500.00) |
| Purchase | 12/09/2021 | 5,000 | $1.52 | ($7,600.00) |
| Purchase | 12/10/2021 | 5,000 | $1.49 | ($7,450.00) |
| Purchase | 02/04/2022 | 600 | $1.30 | ($780.00) |
| Purchase | 02/08/2022 | 5,000 | $1.31 | ($6,550.00) |
| Purchase | 02/22/2022 | 493 | $1.41 | ($695.13) |
| Purchase | 02/23/2022 | 10,000 | $1.43 | ($14,300.00) |
| Purchase | 02/23/2022 | 3,000 | $1.42 | ($4,260.00) |
| Purchase | 02/24/2022 | 300 | $1.41 | ($423.00) |
| Purchase | 11/08/2022 | 50 | $1.05 | ($52.50) |

| | | | | |
|---|---|---|---|---|
| Purchase | 11/08/2022 | 100 | $1.06 | ($106.00) |
| **Total Class Period Purchases** | | **53,043** | | **($80,191.63)** |
| | | | | |
| Sale | 08/27/2021 | (2,500) | $2.63 | $6,575.00 |
| Sale | 12/07/2021 | (5,000) | $1.43 | $7,150.00 |
| Sale | 12/07/2021 | (5,000) | $1.44 | $7,200.00 |
| Sale | 12/08/2021 | (5,000) | $1.61 | $8,050.00 |
| Sale | 01/31/2022 | (300) | $1.41 | $423.00 |
| Sale | 01/31/2022 | (9,700) | $1.40 | $13,580.00 |
| Sale | 02/01/2022 | (5,000) | $1.50 | $7,500.00 |
| Sale | 02/24/2022 | (2,893) | $1.55 | $4,484.15 |
| Sale | 03/31/2022 | (3,925) | $1.85 | $7,261.25 |
| Sale | 03/31/2022 | (6,075) | $1.84 | $11,178.00 |
| Sale | 03/31/2022 | (7,650) | $1.85 | $14,152.50 |
| **Sales That Match Class Period Purchases** | | **(53,043)** | | **$87,553.90** |

Retained Shares: 0

**LIFO Gain/(Loss)**       **$7,362.27**

**TOTAL LIFO Gain/(Loss)**       **($44,834.88)**