# EXHIBIT D

DocuSign Envelope ID: A56CB638-71BF-4DA1-8B49-EE9E99455F05

BERGER MONTAGUE PC
Michael Dell'Angelo
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Attorneys for Movants Mariam Silverman,*
*Trustee for the Mariam Silverman Trust*
*UA Mar. 15, 1969, and Michael Lucas*
*And Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMZI ALSAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, and LAWRENCE A. KENYON,<br><br>    Defendants. | Case No. 2:23-cv-21862-MCA-CLW<br><br>CLASS ACTION<br><br><br>MOTION DATE: FEBRUARY 5, 2024 |

[Caption continues on following page]

- 1 -

| | |
|---|---|
| PHILIP MANIATTY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, LAWRENCE A. KENYON, and TERRY DAGNON,<br><br>Defendants. | Case No. 2:23-cv-23313-MCA-CLW<br><br>CLASS ACTION |

## JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

We, Mariam Silverman, as Trustee for the Mariam Silverman Trust UA Mar. 15, 1969 (the "Trust"), and Michael Lucas, pursuant to 28 U.S.C. §1746, declare as follows:

1.       We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff in the securities class action litigation against Outlook Therapeutics, Inc. ("Outlook" or the "Company") and certain of the Company's executive officers. We each have personal knowledge of the facts set forth below relating to our own activities, actions and beliefs, and would testify competently thereto.

2.       We have a pre-litigation relationship, as our families have known each other for over two years.

3.       The Trust suffered substantial losses as a result of its transactions in Outlook securities between August 3, 2021 and August 29, 2023 inclusive (the "Class Period"). As Trustee for the Trust, I, Mariam Silverman, am motivated to obtain the best possible result for the Trust and the class. I am a resident of Aventura, Florida. I am currently a housewife and have been investing in the stock market for approximately 10 years. I understand the responsibilities and

- 2 -

obligations of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Outlook investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

4.     I, Michael Lucas, suffered substantial losses as a result of my transactions in Oulook securities during the Class Period, and I am motivated to obtain the best possible result for myself and the class.  I am a resident of Palmetto Bay, Florida. Previously, I took classes at Miami Dade Community College and am currently a manager of rental properties. I have been investing in the stock market for approximately 4 years. I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the PSLRA, which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Outlook investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

5.     We are familiar with the facts and circumstances concerning the pending class action lawsuit involving Outlook. After reviewing information concerning the lawsuit filed against Outlook, Ms. Silverman's husband, Sydney Silverman, contacted Berger Montague, PC ("Berger Montague") and spoke with James Maro, Senior Counsel. Subsequent to that conversation, Mr. Silverman informed Mr. Lucas – another investor who suffered losses in Outlook securities – about Berger Montague and provided Mr. Lucas with contact information so that he could also connect with Berger Montague. We, Ms. Silverman and Mr. Lucas, each participated in several telephone calls and corresponded via email with Attorney Maro regarding the prospect of serving as a lead

DocuSign Envelope ID: AE6CB638-71BF-4DA1-8B49-EE9E99455F05

plaintiff on behalf of all Outlook investors, and the duties and responsibilities that we would assume if appointed as lead plaintiff under the PSLRA.

6.      On December 28, 2023, we convened a joint conference call with Attorney Maro to formalize our commitment to jointly prosecute this litigation, to discuss our duties as Lead Plaintiff, and to discuss how we would jointly manage the litigation. During the joint conference call, we discussed the defendants' alleged misconduct; the claims against the various defendants; the responsibilities of a lead plaintiff; and the procedures and protocols we would follow in jointly prosecuting the case. We also negotiated the maximum percentage of a settlement fund that Berger Montague could request as attorneys' fees if there is a successful resolution to this matter. We negotiated a maximum percentage in this litigation that is significantly lower than 33 1/3%, the commonly accepted amount of attorney's fees in class action settlements. We intend to make all decisions jointly, taking into consideration Berger Montague's advice and recommendation. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision-making to maximize the recovery for the class.

7.      As investors who suffered substantial losses in Outlook securities during the Class Period, and because of our pre-litigation relationship, we believe it is in the class's best interest that we jointly seek appointment as lead plaintiff in this case. Because of the complexity of the case and the substantial losses suffered as a result of the defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to control the litigation and maximize the recovery for the class.

8.      We believe that we can maximize the class's recovery by seeking joint appointment as co-lead plaintiffs and by seeking the appointment of Berger Montague as lead counsel. We believe our ability to jointly lead this case would provide the class with the benefits of multiple

perspectives and joint decision-making, and allow each of us to confer with the other as we lead this important litigation on behalf of Outlook investors.

9.      We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware of the requirements and responsibilities of being lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing to undertake these responsibilities on behalf of the class. We have instructed counsel to conduct the litigation in an efficient manner, to avoid the duplication of efforts and costs where practicable, and to provide regular updates as frequently as necessary.

10.      We understand that we are under no obligation to seek appointment as lead plaintiff (individually or as a group) or to propose the appointment of Berger Montague as lead counsel. We each understand that we were free to select and propose any qualified counsel to serve as lead counsel.

11.      We hereby reaffirm that we are committed to satisfying the fiduciary obligations that we will assume if appointed lead plaintiff. We will ensure that the Outlook securities litigation will be vigorously prosecuted consistently with the lead plaintiff's obligation under the PSLRA and in the best interests of the class, and will seek to obtain the greatest possible recovery for the class.

- 5 -

DocuSign Envelope ID: A56CB638-74BF-4DA1-8B49-EE9E99455F05

I, Mariam Silverman, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on __1/2/2024_____ .

DocuSigned by:

**MARIAM SILVERMAN**

_____

Mariam Silverman, as Trustee for
the Mariam Silverman Trust UA Mar. 15, 1969

I, Michael Lucas, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on __1/2/2024_____ .

DocuSigned by:

_Michael Lucas_

_____

Michael Lucas    86BED17D7C834B5...

- 6 -