POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movant Jason Solomon
and Proposed Lead Counsel for the
Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMZY ALSAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>       v.<br><br>OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, and LAWRENCE A. KENYON,<br><br>         Defendants. | Case No. 2:23-cv-21862-MCA-CLW<br><br>NOTICE OF MOTION OF JASON SOLOMON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>Motion Date: February 5, 2024 |

PHILIP MANIATTY, Individually and on Behalf of All Others Similarly Situated,

                      Plaintiff,

     v.

OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, LAWRENCE A. KENYON, and TERRY DAGNON,

                    Defendants.

Case No. 2:23-cv-23313-JKS-MAH

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jason Solomon ("Solomon"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Solomon as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Outlook Therapeutics, Inc. securities between August 3, 2021 and August 29, 2023, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  January 2, 2024                    Respectfully submitted,

                                           POMERANTZ LLP

                                           */s/ Thomas H. Przybylowski*
                                           Thomas H. Przybylowski
                                           Jeremy A. Lieberman
                                           (admitted *pro hac vice*)
                                           J. Alexander Hood II
                                           (admitted *pro hac vice*)
                                           600 Third Avenue, 20th Floor
                                           New York, New York 10016
                                           Telephone: (212) 661-1100
                                           Facsimile: (917) 463-1044
                                           tprzybylowski@pomlaw.com
                                           jalieberman@pomlaw.com

1

ahood@pomlaw.com

*Counsel for Movant Jason Solomon and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Jason Solomon*

2