BERGER MONTAGUE PC
Michael Dell'Angelo
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Attorneys for Movants Mariam Silverman,*
*Trustee for the Mariam Silverman Trust*
*UA Mar. 15, 1969, and Michael Lucas*
*And Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMZI ALSAIDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, and LAWRENCE A. KENYON, <br><br> Defendants. | Case No. 2:23-cv-21862-MCA-CLW <br><br> <u>CLASS ACTION</u> <br><br><br> MOTION DATE: FEBRUARY 5, 2024 |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

On January 2, 2024, Mariam Silverman, Trustee for the Mariam Silverman Trust UA Mar. 15, 1969 ("Silverman"), and Michael Lucas ("Lucas") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for an Order: (i) consolidating the Related Actions; (ii) appointing movants Silverman and Lucas as Lead Plaintiff on behalf of a class consisting of all persons other than

- 1 -

Defendants who purchased or otherwise acquired Outlook Therapeutics, Inc. securities between August 3, 2021 and August 29, 2023, inclusive; (iii) approving Silverman and Lucas's selection of Berger Montague PC as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper. *See* ECF No. 23.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). One competing motion was filed by another member of the putative class in the above-captioned action. Having reviewed that competing lead plaintiff motion, filed by Jason Solomon (ECF No. 24), it appears that, while Silverman and Lucas are well-qualified to serve as Lead Plaintiff in the proposed action, Silverman and Lucas do not have the "largest financial interest" in this litigation within the meaning of the PSLRA. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Accordingly, Silverman and Lucas do not oppose the competing lead plaintiff motion.

If, however, the Court determines that the other lead plaintiff movant with a larger financial interest than Silverman and Lucas is incapable or inadequate to represent the Class in this litigation, Silverman and Lucas remain willing to serve as Lead Plaintiff. This Notice of Non-Opposition shall have no impact on Silverman and Lucas's participation in the proposed Class, their rights to share in any recovery obtained for the benefit of the Class, and their ability to serve as a representative party, should the need arise.

Dated: January 17, 2024    Respectfully submitted,

**BERGER MONTAGUE PC**

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo
Andrew D. Abramowitz
James A. Maro
1818 Market Street, Suite 3600

Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
       aabramowitz@bm.net
       jmaro@bm.net

*Counsel for Lead Plaintiff Movants Mariam
Silverman, Trustee for the Mariam Silverman Trust
UA Mar. 15, 1969, and Michael Lucas and
Proposed Lead Counsel for the Class*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movants
Mariam Silverman, Trustee for the Mariam
Silverman Trust UA Mar. 15, 1969, and Michael
Lucas*