POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movant Jason Solomon
and Proposed Lead Counsel for the
Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMZY ALSAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, and LAWRENCE A. KENYON,<br><br>     Defendants. | Case No. 2:23-cv-21862-MCA-CLW<br><br>NOTICE OF NON-OPPOSITION TO THE MOTION OF JASON SOLOMON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>Motion Date: February 5, 2024 |

PHILIP MANIATTY, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

     v.

OUTLOOK THERAPEUTICS, INC., C. RUSSELL TRENARY III, LAWRENCE A. KENYON, and TERRY DAGNON,

                    Defendants.

Case No. 2:23-cv-23313-JKS-MAH

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

As set forth below, Lead Plaintiff Movant Solomon[1] respectfully advises the Court that no party opposes Solomon's motion, pursuant to Rul 42 and the PSLRA, for the entry of an Order: (1) consolidating the Related Actions; (2) appointing Solomon as Lead Plaintiff for the Class; and (3) approving Solomon's selection of Pomerantz as Lead Counsel (the "Lead Plaintiff Motion") (Dkt. No. 24).

The Related Actions are putative securities class actions governed by the PSLRA, including the statutory provisions governing the appointment of a Lead Plaintiff.  Pursuant to the PSLRA, any member of the putative Class wishing to serve as Lead Plaintiff was required to file a motion to that effect no later than sixty (60) days after publication of the notice of pendency of the first-filed of the Related Actions—*i.e.*, on or before January 2, 2024.  *See* 15 U.S.C. § 78u-4(a)(3)(A)-(B).

On January 2, 2024, Solomon filed his Lead Plaintiff Motion, having incurred losses of approximately $569,996 in connection with his Class Period transactions in Outlook securities.  *See* Dkt. Nos. 24, 24-2.  That same day, one competing motion was filed by Mariam Silverman, Trustee for the Mariam Silverman Trust UA Mar. 15, 1969, and Michael Lucas (collectively, "Silverman and Lucas") (Dkt. No. 23).

---

[1] All capitalized terms herein are defined in Solomon's moving brief (Dkt. No. 24-2), unless otherwise indicated.

On January 17, 2024, Silverman and Lucas filed a notice of their non-opposition to Solomon's Lead Plaintiff Motion, stating that, "[h]aving reviewed th[e] competing lead plaintiff motion, filed by Jason Solomon (ECF No. 24), it appears that . . . Silverman and Lucas do not have the 'largest financial interest' in this litigation within the meaning of the PSLRA."  Dkt. No. 25 at 2.

Pursuant to Local Civil Rule 7.1(d)(2), any opposition to Solomon's Lead Plaintiff Motion was due to be filed on or before January 22, 2024.  No opposition to Solomon's Lead Plaintiff Motion was filed on or before January 22, 2024.

Accordingly, Solomon's Lead Plaintiff Motion is unopposed.

For the foregoing reasons, and for the reasons set forth in Solomon's moving brief (Dkt. No. 24-2), Solomon respectfully requests that the Court enter an Order granting his Lead Plaintiff Motion in all respects.

Dated:  January 29, 2024

Respectfully submitted,

POMERANTZ LLP

/s/ Thomas H. Przybylowski
Thomas H. Przybylowski
Jeremy A. Lieberman
(admitted *pro hac vice*)
J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

2

jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant Jason Solomon and
Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Jason
Solomon*

3