COOLEY LLP
Caroline Pignatelli
55 Hudson Yards
New York, New York 10001-2157
Phone:  (212) 479-6000
Fax:  (212) 479-6275
Email:  cpignatelli@cooley.com

*Attorney for Defendants Outlook Therapeutics, Inc.,*
*C. Russell Trenary III, and Lawrence A. Kenyon*

- additional counsel on signature page -

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE OUTLOOK THERAPEUTICS, INC. SECURITIES LITIGATION | Case No. 2:23-cv-21862-MCA-CLW <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> <u>ALL ACTIONS</u> | **SUGGESTION OF DEATH** |

In accordance with Rule 25(a), defendants Outlook Therapeutics, Inc., C. Russell Trenary III, and Lawrence A. Kenyon, parties to this action, hereby notify the Court and all parties of the death during the pendency of this action of TERRY DAGNON, a former defendant in this matter.  Mr. Dagnon passed away on April 11, 2024.

Respectfully submitted this 24th day of April, 2024, by:

COOLEY LLP

By:    */s/Caroline Pignatelli*
       Caroline Pignatelli
       (N.J. Attorney No. 026292007)
       Sarah M. Lightdale (*pro hac vice*)

55 Hudson Yards
New York, New York 10001-2157
Phone:  (212) 479-6000
Fax:  (212) 479-6275
Email:  cpignatelli@cooley.com
        slightdale@cooley.com

Koji F. Fukumura (*pro hac vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1117
Phone:  (858) 550-6000
Fax:  (858) 550-6420
Email:  kfukumura@cooley.com

Patrick E. Gibbs (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Phone:  (650) 843-5000
Fax:  (650) 849-7400
Email:  pgibbs@cooley.com

*Attorneys for Defendants Outlook Therapeutics, Inc., C. Russell Trenary III, and Lawrence A. Kenyon*

2

## CERTIFICATE OF SERVICE

I, Caroline Pignatelli, hereby certify that on April 24, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Caroline Pignatelli*
Caroline Pignatelli

3