

**Genc Arifi**
Associate

April 26, 2024

<u>**Via ECF**</u>
Honorable Magistrate Judge Cathy L. Waldor
Martin Luther King Building
& U.S. Courthouse
Court Room: MLK 4D
50 Walnut Street
Newark, NJ 07102

Re:  *In re Outlook Therapeutics, Inc. Securities Litigation*, 2:23-cv-21862-MCA-CLW (ECF Nos. 38-39)

Dear Honorable Magistrate Judge Waldor,

We represent the Lead Plaintiff and the additional named Plaintiffs (collectively, "Plaintiffs") in the above-captioned matter. On April 24, 2024, Defendants filed a Suggestion of Death (ECF No. 38) notifying this Court of the passing of Mr. Terry Dagnon. Mr. Dagnon was named as a defendant in an earlier complaint, but not in the Amended Consolidated Complaint (ECF No. 37) filed on April 24, 2024. On April 25, 2024, this Court entered a text order (ECF No. 39) setting May 1, 2024, as the deadline for any party to notify the court of their intention to file a motion for substitution. Plaintiffs now write to advise the court that they do not intend to file a motion for substitution relating to ECF No. 38.

Sincerely,

/s/ *Genc Arifi*

Genc Arifi

As Defendant Terry Dagnon is not named as a party in Plaintiff's operative pleading, and upon the Court's careful consideration of the balance of the record in this matter, and for good cause shown, the Clerk of the Court is directed to update the docket by terminating Mr. Dagnon as a defendant.

Via ECF: Counsel of Record

**SO ORDERED on 4/29/24**

**s/ Cathy L. Waldor**

**Hon. Cathy L. Waldor, U.S.M.J.**

garifi@pomlaw.com

10 South LaSalle Street, Suite 3505, Chicago, IL 60603  Main: 312.377.1181  Direct: 312.881.4856

NEW YORK • CHICAGO • LOS ANGELES • PARIS • TEL AVIV

www.pomlaw.com