Caroline Pignatelli
Sarah M. Lightdale (*pro hac vice*)
Cooley LLP
55 Hudson Yards
New York, New York 10001-2157
Phone: (212) 479-6000
Fax: (212) 479-6275
Email:  cpignatelli@cooley.com
        slightdale@cooley.com

Koji F. Fukumura (*pro hac vice*)
Cooley LLP
10265 Science Center Drive
San Diego, California 92121-1117
Phone: (858) 550-6000
Fax: (858) 550-6420
Email: kfukumura@cooley.com

*Attorney for Defendants*
*Outlook Therapeutics, Inc., C. Russell Trenary III,*
*and Lawrence A. Kenyon*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE OUTLOOK THERAPEUTICS, INC. SECURITIES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:23-cv-21862-MCA-CLW<br><br>CLASS ACTION<br><br>**DEFENDANTS' CORRECTED [*REPLY DATE ONLY*] NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date: November 4, 2024<br>Judge: Hon. Madeline C. Arleo<br>Ctrm: MLK 4A<br><br>**ORAL ARGUMENT REQUESTED** |

**TO ALL PARTIES AND ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on November 4, 2024, or on such date and at a time designated by the Court, defendants Outlook Therapeutics, Inc., C. Russell Trenary III, and Lawrence A. Kenyon ("Defendants"), by and through undersigned counsel, will and hereby do move before the Honorable Madeline C. Arleo for an order dismissing with prejudice Plaintiffs' Consolidated Amended Class Action Complaint (the "Complaint") and each claim asserted therein pursuant to Rules 8, 9, and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u, *et seq.* ("PSLRA").

This motion is based on this Notice of Motion and Motion, Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss the Complaint, the Declaration of Caroline Pignatelli in Support of Defendants' Motion to Dismiss the Complaint and accompanying exhibits, all filed concurrently herewith, and all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

**COOLEY LLP**

By: */s/ Caroline Pignatelli*
    Caroline Pignatelli
    (N.J. Attorney No. 026292007)

Sarah M. Lightdale (*pro hac vice*)
55 Hudson Yards
New York, New York 10001-2157
Phone:  (212) 479-6000
Fax:  (212) 479-6275
Email:  cpignatelli@cooley.com
        slightdale@cooley.com

Koji F. Fukumura (*pro hac vice*)
10265 Science Center Drive
San Diego, California 92121-1117
Phone:  (858) 550-6000
Fax:  (858) 550-6420
Email:  kfukumura@cooley.com

*Attorneys for Defendants Outlook*
*Therapeutics, Inc., C. Russell Trenary III, and*
*Lawrence A. Kenyon*

2

## CERTIFICATE OF SERVICE

I, Caroline Pignatelli, hereby certify that on June 25, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Caroline Pignatelli*
Caroline Pignatelli

3