UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re Outlook Therapeutics, Inc. Securities
Litigation

Civil Action No. 23-cv-21862

ORDER

THIS MATTER comes before the Court by way of Defendants'[1] Motion to Dismiss, ECF No. 42, Plaintiffs'[2] Consolidated Amended Class Action Complaint, ECF No. 37, for failure to state a claim (the "Motion");

and it appearing that Plaintiffs oppose the Motion, see ECF No. 48;

and it appearing that the Court heard oral arguments on February 6, 2025, with respect to Defendants' Motion;

IT IS on this 6th day of February, 2025;

ORDERED that for reasons stated on the record on February 6, 2025, Defendants' Motion is GRANTED without prejudice. Plaintiffs shall file an amended complaint within thirty (30) days of the entry of this Order.[3]

s/ Madeline Cox Arleo

HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

---

[1] Defendants Outlook Therapeutics, Inc., C. Russell Trenary III, and Lawrence A. Kenyon (collectively, "Defendants").

[2] Lead Plaintiff Jason Solomon and additional Plaintiffs Ramzy Alsaidi, Michael Lucas, and Mariam Silverman, trustee for the Mariam Silverman trust UA Mar. 15, 1969 (collectively, "Plaintiffs").

[3] The parties are directed to submit a separate proposed order addressing dates for renewed motions.