Jeremy A. Lieberman (*pro hac vice*)
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (917) 463-1044
Email: jalieberman@pomlaw.com
      tprzybylowski@pomlaw.com

*Lead Counsel for the Lead Plaintiff,*
*Additional Plaintiffs, and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE OUTLOOK THERAPEUTICS, INC. SECURITIES LITIGATION | Case No. 2:23-cv-21862-MCA-CLW |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF THOMAS H. PRZYBYLOWSKI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Madeline Cox Arleo |

I, Thomas H. Przybylowski, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an Associate at the law firm of Pomerantz LLP, lead counsel for lead plaintiff Jason Solomon and additional plaintiffs Ramzy Alsaidi, Michael Lucas, and Mariam Silverman, trustee for the Mariam Silverman Trust UA Mar. 15, 1969. I am a member of the Bar of the United States District Court for the District of New Jersey in good standing. I am familiar with the facts and information set forth herein, and should I be called upon, I could and would competently testify thereto.

2.      Exhibit A annexed hereto is a true and correct copy of certain excerpted allegations from the Consolidated Second Amended Class Action Complaint (ECF No. 60) set out in a timeline format.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of May, 2025, in New York, New York.


By: */s/Thomas H. Przybylowski*
Thomas H. Przybylowski

## CERTIFICATE OF SERVICE

I, Thomas H. Przybylowski, hereby certify that on May 27, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

By: */s/Thomas H. Przybylowski*
Thomas H. Przybylowski