

**Thomas H. Przybylowski**
Associate

July 23, 2025

**VIA ECF FILING**
Hon. Madeline Cox Arleo
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
Courtroom MLK 4A
50 Walnut Street
Newark, NJ 07101

**RE:** *In re Outlook Therapeutics Inc. Securities Litigation,* **No. 23-cv-21862-MCA-CLW**

Dear Judge Arleo:

    Plaintiffs write regarding their filing of a notice of Supplemental Authority on July 7, 2025, (ECF No. 73), in which they attached a copy of *Levon v. CorMedix Inc. et. al.*, No. 21-cv-14020 (JXN) (CLW) (D.N.J. June 30, 2025) ("*CorMedix*"). Plaintiffs understand that the court in that case issued a text order today stating that the "opinion and order were entered in error" and that the court in that case has directed the Clerk of Court to remove the Opinion and Order. The text order explained that a new Opinion and Order will follow. Accordingly, the Plaintiffs write to inform the Court of this action and hereby request that their previously filed Notice of Supplemental Authority be withdrawn.

                                                          By: /s/ *Thomas H. Przybylowski*
                                                               Thomas H. Przybylowski

**tprzybylowski@pomlaw.com**
600 Third Avenue, New York, NY 10016    Main: 212.661.1100    Direct: 646.581.9978
NEW YORK    CHICAGO    LOS ANGELES    LONDON    PARIS    TEL AVIV
www.pomlaw.com