Brian Calandra
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (917) 463-1044
Email: bcalandra@pomlaw.com

Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
Genc Arifi (*pro hac vice*)
POMERANTZ LLP
10 S La Salle Street, Suite 3505
Chicago, IL 60603-1049
Tel: (312)-881-4859
Fax: (312)-377-1184
Email: jbsilverman@pomlaw.com
         boconnell@pomlaw.com
         garifi@pomlaw.com

*Lead Counsel for the Lead Plaintiff,*
*Additional Plaintiffs, and the Proposed Class*

- additional counsel on signature page -

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE OUTLOOK THERAPEUTICS, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:23-cv-21862-MCA-CF<br><br>**CLASS ACTION**<br><br>Hon. Madeline Cox Arleo<br><br>**PLAINTIFFS' MOTION TO SET A DEADLINE TO FILE THE THIRD AMENDED COMPLAINT** |

1

Lead Plaintiff Jason Solomon and additional plaintiffs Ramzy Alsaidi, Michael Lucas, and Mariam Silverman, Trustee for the Mariam Silverman Trust UA Mar. 15, 1969 (collectively with Lead Plaintiff, "Plaintiffs"), respectfully move the Court to set a deadline of February 27, 2026 for the filing of the Third Amended Complaint ("TAC"). Plaintiffs note that in the Court's December 23, 2025 Order Granting Defendants' Motion to Dismiss, the Court granted Plaintiffs leave to file a TAC. ECF No. 79 at 13, ("MTD Order"). The Court granted Plaintiffs leave to file the TAC to replead the cGMP statements, but dismissed with prejudice the statements regarding FDA Trial Design Statements and the Comparator Trial Design. ECF No. 79 at 13.

The Plaintiffs respectfully request that they be provided until February 27, 2026 to file a TAC addressing the Court's guidance in page 12 of the MTD Order. Because much of the Plaintiffs' counsel is currently out of the office due to the Holidays, and Plaintiffs have several pre-existing deadlines in the month of January and early February, Plaintiffs respectfully request until February 27 to further investigate and plead allegations limited to the cGMP statements consistent with the MTD Order.

On December 29, 2025, Plaintiffs conferred by telephone with counsel for Defendants Outlook Therapeutics, Inc., C. Russell Trenary III, and Lawrence A. Kenyon (collectively, "Defendants") , who informed Plaintiffs that they would take

2

no position on this motion, provided that Defendants would confer with Plaintiffs and propose a briefing schedule to the Court within 10 days of an order setting a deadline for the filing of the TAC. Plaintiffs state that they will confer with counsel for Defendants following the entry of an order setting a date to file the TAC to set a briefing schedule on a motion to dismiss.

Accordingly, Plaintiffs respectfully request that the Court enter the attached order setting February 27, 2026 as the date by which Plaintiffs are to file the TAC.


Dated:  December 31, 2025                    Respectfully submitted,

                                             POMERANTZ LLP

                                             */s/ Brian Calandra*

                                             Joshua B. Silverman (*pro hac vice*)
                                             Genc Arifi (*pro hac vice*)
                                             Brian P. O'Connell (*pro hac vice*)
                                             **POMERANTZ LLP**
                                             10 S La Salle Street, Suite 3505
                                             Chicago, IL 60603-1049
                                             Tel: (312)-881-4859
                                             Fax: (312)-377-1184
                                             Email: jbsilverman@pomlaw.com
                                                       garifi@pomlaw.com

                                             and

                                             Jeremy A. Lieberman (*pro hac vice*)
                                             Brian Calandra
                                             600 Third Avenue, 20th Floor
                                             New York, New York 10016
                                             Telephone: (212) 661-1100

3

Fax: (917) 463-1044
Email: jalieberman@pomlaw.com
      bcalandra@pomlaw.com

*Lead Counsel for the Lead Plaintiff,*
*Additional Plaintiffs, and the Proposed*
*Class*

**BRONSTEIN, GEWIRTZ &**
**GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiff,*
*Additional Plaintiffs, and the Proposed*
*Class*

**BERGER MONTAGUE PC**
Michael Dell'Angelo
Alex Heller
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
      aheller@bm.net
*Additional Counsel for Lead Plaintiff,*
*Additional Plaintiffs, and the Proposed*
*Class*

4

5

## CERTIFICATE OF SERVICE

I, Brian Calandra, hereby certify that on December 31, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.