**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE OUTLOOK THERAPEUTICS, INC. SECURITIES LITIGATION | Case No. 2:23-cv-21862-MCA-CF |
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Madeline Cox Arleo |
| | **ORDER GRANTING PLAINTIFFS' MOTION TO SET A DEADLINE TO FILE THE THIRD AMENDED COMPLAINT** |

This matter having come before the Court on the motion of Lead Plaintiff Jason Solomon and additional plaintiffs Ramzy Alsaidi Michael Lucas, and Mariam Silverman, Trustee for the Mariam Silverman Trust UA Mar. 15, 1969 (collectively with Lead Plaintiff, "Plaintiffs") to set a deadline for the filing of the third amended complaint on February 27, 2026 ("TAC");

And it appearing that Defendants Outlook Therapeutics, Inc., C. Russell Trenary III, and Lawrence A. Kenyon (collectively, "Defendants") take no position on this motion;

**IT IS** on this 5th day of _____January_____, 2026;

**ORDERED** that Plaintiffs shall file their TAC by February 27, 2026;

1

**IT IS FURTHER ORDERED** that counsel for the Plaintiffs and Defendants

shall meet and confer and propose a briefing schedule for the motion to dismiss the

TAC within 10 days of the Court's entry of this order.

*s/Cari Fais*
———————————————————
**Hon. Cari Fais, U.S.M.J.**