Brian Calandra
Jeremy A. Lieberman (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bcalandra@pomlaw.com
jalieberman@pomlaw.com

Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
Genc Arifi (*pro hac vice*)
10 S. La Salle Street, Suite 3505
Chicago, IL 60603-1049
Telephone: (312) 881-4859
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com

*Lead Counsel for the Lead Plaintiff, Additional Plaintiffs, and the Proposed Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE OUTLOOK THERAPEUTICS, INC. SECURITIES LITIGATION<br>______________________________<br>THIS DOCUMENT RELATES TO: | Case No. 2:23-cv-21862-MCA-CF<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Lead Plaintiff Jason Solomon and additional plaintiffs Ramzy Alsaidi, Michael Lucas, and Mariam Silverman, Trustee for the Mariam Silverman Trust UA Mar. 15, 1969 (collectively, "Plaintiffs") and Defendants Outlook Therapeutics, Inc., Russell Trenary III, and Lawrence A.

Kenyon (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

**WHEREAS**, on March 14, 2025, Plaintiffs filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Second Amended Complaint") (Dkt. No. 60);

**WHEREAS**, on December 23, 2025, this Court issued a letter order granting Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 79) (the "Order"). The Court dismissed with prejudice claims relating to the "FDA Trial Design Statements" and "Comparator Trial Design Statements." The Court dismissed without prejudice claims related to the "cGMP Compliance Statements";

**WHEREAS**, on February 27, 2026, Plaintiffs filed the Third Amended Complaint ("TAC") (Dkt. No. 85);

**WHEREAS**, Plaintiffs, in light of the statement of the United States Court of Appeals for the Third Circuit that there is no rigid rule dictating the precise manner in which a plaintiff must preserve for appeal claims previously dismissed, *see U.S. ex rel. Atkinson v. PA. Shipbuilding Co.*, 473 F.3d 506, 517 (3d Cir. 2007), retained in the TAC several allegations related to the dismissed-with-prejudice claims, expressly denoted with double asterisks to indicate that those allegations are not to be pursued in this Court but are included solely to preserve appellate rights. Defendants disagree that *Atkinson* required such measures;

**WHEREAS**, after conferring, the Parties agreed that it would be more efficient for the Parties to brief and the Court to adjudicate the anticipated motion to dismiss if (1) the dismissed-

with-prejudice claims were fully excised from the TAC, and (2) Defendants agreed to stipulate to the preservation of appellate rights for the excised statements; and

**WHEREAS**, by such agreement, no Party has waived any rights or arguments, including the right of Defendants to argue that any remaining allegations in the TAC are improper or insufficient.

**NOW THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, as follows:

> 1. Plaintiffs are granted leave to file a revised TAC that removes allegations that were dismissed with prejudice in the Order and that had been included for preservation purposes only, as well as references thereto, and to make such other non-substantive edits as are necessary to maintain flow and readability. Plaintiffs shall file a revised TAC within five (5) calendar days of the entry of this Stipulation;
>
> 2. Plaintiffs' removal of such allegations shall not constitute a waiver, abandonment, or forfeiture of Plaintiffs' right to challenge the dismissal of the removed statements on appeal;
>
> 3. Plaintiffs expressly reserve the right to appeal said dismissal, and Defendants shall not argue that Plaintiffs' failure to include such allegations in a revised TAC, or any operative pleading, constitutes waiver of appellate review;
>
> 4. Defendants expressly reserve all arguments pertaining to the allegations in the revised TAC, including whether any claim or allegation exceeds the scope of the Court's leave to amend; and
>
> 5. Defendants shall file their motion to dismiss the revised TAC by April 30, 2026, or thirty (30) days from the entry of an order approving this Stipulation, whichever is later.

Respectfully submitted this 28th day of March, 2026, by:

| | |
|---|---|
| **POMERANTZ LLP** | **COOLEY LLP** |
| By: *<u>/s/ Brian Calandra</u>* | By: *<u>/s/ Andrew D. Goldstein</u>* |

Brian Calandra
(N.J. Attorney No. 037062009)

Brian Calandra
Jeremy A. Lieberman (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bcalandra@pomlaw.com
jalieberman@pomlaw.com

Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
Genc Arifi (*pro hac vice*)
10 S. La Salle Street, Suite 3505
Chicago, IL 60603-1049
Telephone: (312) 881-4859
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com

*Lead Counsel for the Lead Plaintiff, Additional Plaintiffs, and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiff, Additional Plaintiffs, and the Proposed Class*

**BERGER MONTAGUE PC**
Michael Dell'Angelo
Alex Heller
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: mdellangelo@bergermontague.com
aheller@bergermontague.com

Andrew D. Goldstein
(N.J. Attorney No. 028762005)

Andrew D. Goldstein
Caroline Pignatelli (N.J. Attorney No. 026292007)
Sarah M. Lightdale (*pro hac vice*)
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: cpignatelli@cooley.com
agoldstein@cooley.com
slightdale@cooley.com

Koji F. Fukumura (*pro hac vice*)
Craig TenBroeck (*pro hac vice*)
Amanda Jereige (*pro hac vice*)
Cooley LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: kfukumura@cooley.com
ctenbroeck@cooley.com
ajereige@cooley.com

Janelle M. Fernandes (*pro hac vice*)
1144 15th Street, Suite 2300
Denver, Colorado 80202
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
Email: jfernandes@cooley.com

*Attorneys for Defendants Outlook Therapeutics, Inc., Russell Trenary III, and Lawrence A. Kenyon*

*Additional Counsel for Lead Plaintiff, Additional Plaintiffs, and the Proposed Class*

**SO ORDERED:**

Dated: ______________________________

______________________________
HON. MADELINE COX ARLEO
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Brian Calandra, hereby certify that on March 28, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian Calandra*
Brian Calandra