

Caroline Pignatelli                                                    Via CM/ECF
T: +1 212 479 6679
cpignatelli@cooley.com


April 17, 2026

Honorable Magistrate Judge Cari Fais
United States District Court-District of New Jersey
50 Walnut St #4015
Newark, NJ 07102

**Re: Jason Solomon, et al v. Outlook Therapeutics, Inc., Civ. Action No. 2:23-cv-21862-MCA-CF**

Dear Judge Fais:

This firm represent Defendant Outlook Therapeutics and the individual defendants (collectively, "Defendants") in the above matter. We write to respectfully request that the Court approve the withdrawal of Sarah M. Lightdale as *pro hac vice* counsel for Defendants.

The Court admitted Ms. Lightdale *pro hac vice* by Order dated December 15, 2023 (ECF 16), Ms. Lightdale is no longer affiliated with Cooley, LLP, who will continue to serve as counsel for Defendants. Accordingly, pursuant to L. Civ. R. 101(c)(5), we respectfully request Your Honor's approval of Ms. Lightdale's withdrawal as *pro hac vice* counsel.

If this request meets with the Court's approval, we ask that Your Honor please enter "So Ordered" below. We thank the Court for its consideration of this request.


Respectfully submitted,

*/s/ Caroline Pignatelli*
Caroline Pignatelli

Cc: All Counsel of Record via CM/ECF

It is So ORDERED as of this 20th day of __April__, 2026
*s/Cari Fais*
Hon. Cari Fais, U.S.M.J.